

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

**WILLIAM THOMAS FRAZIER,**
Plaintiff,

and

**LAKENDRIA LASHAY WARDLOW,**
Plaintiff,

v.

**TROOPER D. FIOGE,**
Individually and in his official capacity,
North Carolina State Highway Patrol,
Defendant.

# CIVIL RIGHTS COMPLAINT

## (42 U.S.C. § 1983 – Unlawful Seizure, False Detention, Retaliation)

## I. JURISDICTION AND VENUE

1. This action arises under **42 U.S.C. § 1983** and the **Fourth and Fourteenth Amendments** to the United States Constitution.

2. Jurisdiction is proper under **28 U.S.C. §§ 1331 and 1343**.

3. Venue is proper in this district because the events giving rise to this complaint occurred in **Winston-Salem, Forsyth County, North Carolina**.

## II. PARTIES

4. Plaintiff **William Thomas Frazier** was at all relevant times a private individual and passenger in the vehicle described herein.

5. Plaintiff **Lakendria Lashay Wardlow** was at all relevant times the operator of the vehicle.

6. Defendant **Trooper D. Fioge** was at all relevant times a sworn officer of the **North Carolina State Highway Patrol**, acting under color of state law.

2~6

## III. STATEMENT OF FACTS

7. On or about **12/06/2025**, at approximately **12:45 a.m.**, Plaintiffs were traveling on **Peters Creek Parkway, Winston-Salem, North Carolina**, in a privately owned vehicle.

8. Plaintiff Wardlow was operating the vehicle. Plaintiff Frazier was seated in the rear passenger area completing paperwork.

9. Without first running the vehicle's license plate or articulating a traffic violation, Defendant **initiated a traffic stop**.

10. Defendant approached the **conductor's side** and questioned Plaintiff Wardlow.

11. Plaintiffs advised Defendant that the vehicle was **privately owned and associated with a trust**, and that they did not consent to searches or seizures beyond lawful requirements.

12. Plaintiff Wardlow provided her **driver's license number** without waiving rights or consenting to further investigation.

13. Defendant nonetheless **recorded the vehicle's VIN number** without consent and without articulable probable cause.

14. Defendant then **called additional officers to the scene**, arriving with emergency lights and sirens, despite no emergency.

15. Plaintiffs were detained for approximately **thirty-five (35) minutes**.

16. Defendant stated that Plaintiff Wardlow was being charged **because she did not provide documents to his satisfaction**, and that providing a license number "caused him more work."

17. Plaintiff Wardlow was issued charges including **Resisting, Delaying, or Obstructing an Officer**.

18. Plaintiff Frazier was likewise charged, despite providing his name and presenting no physical threat or interference.

19. Defendant stated that Plaintiff Frazier's identification was insufficient **because no photograph was provided**, despite no legal requirement to do so as a passenger.

3-5

20. Defendant refused to run the vehicle license plate after being asked to do so.

21. At no point did Defendant articulate **probable cause, reasonable suspicion of criminal activity,** or a lawful basis for prolonged detention.

22. Plaintiffs suffered loss of liberty, emotional distress, intimidation, and citation-based harms as a result.

## IV. CLAIMS FOR RELIEF

### COUNT I – UNLAWFUL SEIZURE (Fourth Amendment, §1983)

23. Defendant detained Plaintiffs **without reasonable suspicion or probable cause,** in violation of the Fourth Amendment.

24. The prolonged detention constituted an unreasonable seizure.

### COUNT II – FALSE DETENTION / FALSE ARREST (§1983)

25. The issuance of charges was retaliatory and unsupported by lawful grounds.

26. Plaintiffs were effectively arrested without probable cause.

### COUNT III – FIRST AMENDMENT RETALIATION (§1983)

27. Defendant imposed charges **because Plaintiffs asserted rights** and declined to cooperate beyond legal requirements.

28. Defendant's actions were intended to punish constitutionally protected conduct.

### COUNT IV – DUE PROCESS VIOLATION (Fourteenth Amendment)

29. Defendant abused discretionary authority and acted arbitrarily.

30. Plaintiffs were deprived of liberty without due process of law.

4-5

## V. DAMAGES

31. Plaintiffs seek:

- Compensatory damages for emotional distress and loss of liberty

- Punitive damages against Defendant in his individual capacity

- Costs and reasonable fees

- Declaratory relief stating Defendant's conduct was unconstitutional

## VI. JURY DEMAND

32. Plaintiffs demand trial by jury on all issues so triable.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court:

A. Enter judgment in favor of Plaintiffs
B. Award compensatory and punitive damages
C. Declare Defendant's actions unconstitutional
D. Grant such further relief as the Court deems just

Respectfully submitted,

William Thomas Frazier _William Thomas Frazier_
Plaintiff Date 12/8 2025

Lakendria Lashay Wardlow Plaintiff _Lakendria Lashy Frazier Wardlow_ 12/8/2025

5 -5

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF NORTH CAROLINA

William Thomas Frazier
THE NAZARITE BUSHMEN TRIBE,

A Religious and Ecclesiastical Tribal Estate,

Plaintiff,

v.

NORTH CAROLINA STATE HIGHWAY PATROL,

TROOPER JEREMIAS BAEZ RAMOS, District 1 (in individual and official capacities),

Defendants.

Case No.: 1:25 CV 1055

(Jury Trial Requested)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# CIVIL COMPLAINT FOR INJUNCTIVE RELIEF, DAMAGES, AND DECLARATORY JUDGMENT

(Filed pursuant to 42 U.S.C. §§ 1983, 1985(3), 2000bb (RFRA), 2000cc (RLUIPA), and the First & Fourteenth Amendments)

# I. INTRODUCTION

1. This action arises from the December 2, 2025, unlawful detention, arrest, harassment, and retaliatory conduct committed by North Carolina State Trooper Jeremias Baez Ramos against the Nazarite Bushmen Tribe, its Prime Minister/Executor, and his family.
2. Trooper Ramos refused to verify the Tribe's valid trust-owned license plates, unlawfully removed and arrested the Prime Minister without probable cause, ignored religious documentation, and created emotional and physical harm to Tribal members, including a minor child and a wife experiencing a medical emergency.

   Verified by pages 2–9 of the affidavit provided.

3. Defendants' conduct violated federal civil rights statutes, religious protection laws, procedural due process, equal protection, and the First Amendment.
4. Plaintiff seeks declaratory relief, monetary damages, and a protective injunction preventing further targeting, harassment, or retaliatory enforcement.

# II. JURISDICTION AND VENUE

5. This Court has jurisdiction under 28 U.S.C. §§ 1331, 1343(a)(3), and 2201.
6. Venue is proper in the Middle District of North Carolina because the events occurred in Davidson County, NC, within this district.
7. Plaintiff brings claims under:
   o 42 U.S.C. § 1983
   o 42 U.S.C. § 1985(3)
   o Religious Freedom Restoration Act (RFRA), 42 U.S.C. § 2000bb
   o RLUIPA, 42 U.S.C. § 2000cc
   o First Amendment
   o Fourteenth Amendment
   o All other applicable federal laws

# III. PARTIES

2-8

Plaintiff:

8. The Nazarite Bushmen Tribe is a religious and ecclesiastical Tribal Estate with internal governance, trust property, beneficiaries, and officers.

Affidavit page 6.

9. William Thomas Frazier serves as Prime Minister and Occupant of the Executor Office of the Tribe.

Defendants:

10. North Carolina State Highway Patrol (SHP) is a state law enforcement agency acting under color of state law.

11. Trooper Jeremias Baez Ramos (District 1) acted individually and in his official capacity.

# IV. FACTUAL ALLEGATIONS

12. On December 2, 2025, Plaintiff's Executor was operating a trust-owned vehicle with plates registered to the Tribe through the North Carolina DMV.

Affidavit ¶3–4.

13. Trooper Ramos refused repeated requests to verify the plate through official systems, despite being legally required to check registration before declaring a plate invalid.

Affidavit ¶6.

14. Without probable cause or lawful justification, the officer arrested the Executor and transported him under threat, coercion, and duress.

Affidavit ¶8–9.

15. This arrest resulted in a coerced monetary bond of $1,000.

Release Order, page 10.

16. Plaintiff's wife, Lakendria, was unlawfully delayed from leaving the stop, despite experiencing a heavy menstrual flow and medical hygiene emergency.

3-8

Affidavit ¶10–13.

17. She was forced to pull over roadside after being delayed by Troopers, suffering physical discomfort and emotional trauma.
18. The couple's three-year-old child was present and suffered emotional distress.

Affidavit ¶14.

19. The Trooper's conduct was retaliatory and discriminatory toward the Tribe's religious identity, trust governance, and ecclesiastical operations.
20. Defendants' misconduct caused:
    o   Financial loss
    o   Damage to trust operations
    o   Emotional distress
    o   Religious interference
    o   Public humiliation
    o   Ongoing fear of retaliation

Affidavit ¶17.

# V. CLAIMS FOR RELIEF

## COUNT I – 42 U.S.C. § 1983

(Violation of First Amendment – Free Exercise)

21. Defendants' refusal to acknowledge tribal trust property, religious documentation, and internal governance substantially burdened the Tribe's religious practice.

## COUNT II – 42 U.S.C. § 1983

(Fourth Amendment – Unlawful Seizure & Arrest)

22. Defendants arrested Plaintiff without probable cause after refusing to run the plates.



# COUNT III – 42 U.S.C. § 1983

(Fourteenth Amendment – Due Process & Equal Protection Violations)

23. The refusal to verify registration and the discriminatory treatment violated equal protection guarantees.

# COUNT IV – 42 U.S.C. § 1985(3)

(Conspiracy to Interfere With Civil Rights)

24. The coordinated actions among Troopers to target, delay, and retaliate against the Tribe constitute unlawful conspiracy.

# COUNT V – RFRA (42 U.S.C. § 2000bb)

(Substantial Burden on Religious Practice)

25. Arrest, harassment, and refusal to verify trust assets burdened religious exercise without compelling governmental interest.

# COUNT VI – RLUIPA (42 U.S.C. § 2000cc)

26. Plaintiff is a religious entity; interference with trust-owned property and leadership violates federal protections.

# COUNT VII – Emotional Distress & Family Harm

5~8

(Derivative Claims)

27. The wife and child experienced emotional and medical trauma directly caused by Defendants' unlawful actions.

---

# VI. REQUEST FOR INJUNCTIVE RELIEF

Plaintiff requests:

A. Order prohibiting SHP and Trooper Ramos from:

- Unlawfully stopping Tribal vehicles
- Retaliation or harassment
- Refusing to verify trust plates
- Detaining Tribal members without probable cause

B. Court supervision of future interactions between SHP and the Tribe.

---

# VII. REQUEST FOR DECLARATORY RELIEF

Plaintiff requests the Court declare:

1. That Defendants violated Plaintiff's rights under the First and Fourteenth Amendments.
2. That Defendants' refusal to verify plates was unlawful.
3. That the arrest lacked probable cause.
4. That religious discrimination occurred.

---



# VIII. DAMAGES

Plaintiff seeks:

- Compensatory damages
- Emotional distress damages
- Punitive damages
- Attorneys' fees (42 U.S.C. § 1988)
- Any additional relief the Court finds just

# IX. JURY DEMAND

Plaintiff demands trial by jury on all issues triable by a jury.

# X. SIGNATURE BLOCK

Respectfully submitted,

William Thomas Frazier

Prime Minister & Executor Officer

Nazarite Bushmen Tribe Estate

[Address] PO BOX 1181 Winston Salem NC 27102

[Email / Phone]
makehlawbry@gmail.com

Without Prejudice UCC 1-308

7-8

Signature: William Thomas Frazier

Date: 12/9/2025

# UNITED STATES DISTRICT COURT



# MIDDLE DISTRICT OF NORTH CAROLINA

WILLIAM THOMAS FRAZIER,

Plaintiff,


v.

TROOPER JEREMIAS BAEZ RAMOS, in his individual and official capacities,

SUPERVISING OFFICER OF HIGHWAY PATROL DISTRICT 1,

Defendants.


Case No.: 1:25-cv-01055-CCE-JLW

---

# PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE JUDGE'S RECOMMENDATION

Plaintiff, William Thomas Frazier, respectfully submits these objections pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b). Plaintiff objects to the Recommendation entered on December 2, 2025, which recommended dismissal without prejudice. The Recommendation misapplies § 1915(e)(2)(B) and fails to consider the factual record already provided.

# OBJECTION 1 — The Court Overlooked Detailed Factual Allegations Contained in Plaintiff's Affidavit

The Recommendation found that the Complaint lacked specific facts. However, Plaintiff expressly incorporated his Affidavit and supporting documentation containing:

- The exact date: December 2, 2025
- The location of the stop
- Trooper Ramos's refusal to verify plates
- Plaintiff's unlawful arrest
- The harm to Plaintiff's wife and child
- The coerced $1,000 bond
- The resulting deprivation of liberty

These facts satisfy Iqbal and Twombly, and the Court must accept incorporated allegations as part of the Complaint.

# OBJECTION 2 — The Court Misidentified the Plaintiff

The Recommendation noted confusion regarding the identity of the plaintiff. Plaintiff hereby clarifies and corrects:

No other individual or organization is a plaintiff.

This correction resolves the jurisdictional confusion and eliminates the corporation/third-party representation concerns.

## OBJECTION 3 — Defendants Are Proper Under § 1983

Plaintiff now brings claims solely against individual state officers, not the State of North Carolina or any immune entity. The amended complaint resolves all sovereign immunity issues by naming:

- Trooper Ramos
- His direct supervising officer for injunctive relief

This is permitted under Ex Parte Young.

## OBJECTION 4 — Federal Question Jurisdiction Clearly Exists

The amended complaint establishes jurisdiction under:

- 42 U.S.C. § 1983
- 42 U.S.C. § 1985(3)
- First Amendment
- Fourth Amendment
- Fourteenth Amendment
- RFRA
- RLUIPA

These statutes provide clear federal question jurisdiction under § 1331.

3-4

# OBJECTION 5 — The Dismissal Recommendation Should Be Rejected

Plaintiff respectfully requests:

1. The Recommendation be rejected.
2. Plaintiff's Amended Complaint be accepted for filing.
3. The case proceed to service of process under Rule 4.

Respectfully submitted,

William Thomas Frazier

Date: 12/9/2025

Without Prejudice — UCC 1-308

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

**WILLIAM THOMAS FRAZIER,**

Plaintiff,

and

**LAKENDRIA LASHAY WARDLOW,**

Plaintiff,

v. Civil Action No. 125CV1055

**TROOPER D. FIOGE,**

North Carolina State Highway Patrol,
Winston-Salem District,
Defendant.

# COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## (42 U.S.C. § 1983 – CIVIL RIGHTS VIOLATIONS)

## I. JURISDICTION AND VENUE

1. This action arises under the **Constitution and laws of the United States**, including **42 U.S.C. § 1983**.

2. Jurisdiction is proper under **28 U.S.C. §§ 1331 and 1343**, as this action seeks redress for deprivation of rights secured by the **Fourth, Fifth, and Fourteenth Amendments**.

3. Venue is proper under **28 U.S.C. § 1391(b)** because the events complained of occurred in **Winston-Salem, Forsyth County, North Carolina**.

## II. PARTIES

4. **Plaintiff William Thomas Frazier** is a living man, resident of North Carolina, who was a passenger at the time of the incident and is the lawful occupant of the Executor Office of the applicable trust estate.

5. **Plaintiff Lakendria Lashay Wardlow** is a living woman, resident of North Carolina, who was operating the vehicle at the time of the incident.

6. **Defendant Trooper D. Fioge** is, upon information and belief, a sworn officer of the **North Carolina State Highway Patrol**, acting under color of state law at all times relevant.

## III. FACTUAL ALLEGATIONS

7. On or about **December 6, 2025**, at approximately **12:45 a.m., Plaintiffs were traveling on Peters Creek Parkway, Winston-Salem, North Carolina**.

8. Plaintiffs were traveling peacefully with no traffic violations observed, committed, or articulated.

9. Defendant Trooper Fioge initiated a traffic stop **without first running the vehicle's license plate** and without articulable reasonable suspicion or probable cause.

10. The stop lasted approximately **thirty-five (35) minutes,** during which Plaintiffs were detained against their will.

11. Defendant approached the **driver's side** of the vehicle and initiated questioning of Plaintiff Wardlow while Plaintiff Frazier was seated in the rear working on court filings.

12. Plaintiff Wardlow lawfully provided her **driver's license number** without waiving her rights or consenting to a broader investigation.

13. Defendant **demanded additional documentation** unrelated to any stated traffic violation.

14. Defendant **entered and recorded the vehicle identification number (VIN)** despite being informed the vehicle was **trust property**, and despite **no consent** having been given.

15. Defendant did not articulate any crime justifying seizure of identifying information, constituting acquisition of information **under false pretense**.

16. Defendant subsequently called additional officers to the scene **without exigent circumstances,** arriving with emergency lights and sirens despite no emergency.

17. Defendant explicitly stated that the charges issued were **because Plaintiffs did not give him documents he demanded** and because he had to "investigate who they were."

18. Defendant further stated that Plaintiff Wardlow's provision of her license number "created more work" for him.

19. As a result, Plaintiffs were each charged with **Resist, Delay, Obstruct,** despite no physical resistance, threats, or interference.

20. Defendant further stated that Plaintiff Frazier's verbal identification "did not count" because he did not provide a photograph of himself.

21. Defendant **refused to run the vehicle plates** despite Plaintiffs' repeated advice that the vehicle had been gifted to and held by a trust/ministerial estate.

22. Plaintiffs were released only after citations were issued, having been unlawfully detained, intimidated, and penalized for exercising constitutional rights.

## IV. CLAIMS FOR RELIEF

### COUNT I

**Unlawful Seizure and Detention**
(Fourth Amendment – 42 U.S.C. § 1983)

23. Defendant detained Plaintiffs without reasonable suspicion or probable cause.

24. The prolonged stop exceeded the lawful scope and duration of a traffic stop.

25. Defendant's actions violated Plaintiffs' Fourth Amendment rights.

### COUNT II

**Retaliation for Exercise of Constitutional Rights**
(First & Fourth Amendments – § 1983)

26. Defendant issued citations **because Plaintiffs did not consent** to demands beyond the scope of lawful authority.

27. Charging Plaintiffs for refusal to provide extra documentation constitutes retaliation.

## COUNT III

### Due Process Violations
(Fifth & Fourteenth Amendments – § 1983)

28. Defendant deprived Plaintiffs of liberty and property interests without due process of law.

29. The charges issued were **punitive and pretextual**, not based on lawfully defined conduct.

## COUNT IV

### False Charges / Abuse of Authority

30. Defendant misused his authority to compel compliance not required by law.

31. Defendant's conduct was willful, reckless, and in bad faith.

## V. MUNICIPAL AND OFFICIAL LIABILITY

32. Defendant acted under color of state law.

33. Defendant is not entitled to qualified immunity due to violation of clearly established constitutional rights.

## VI. DAMAGES

34. Plaintiffs suffered:

- Unlawful detention

- Emotional distress

- Loss of liberty

- Fee Schedule expenses

- **Reputational harm**

## VII. RELIEF REQUESTED

Plaintiffs respectfully request:

A. Compensatory damages
 B. Punitive damages
 C. Declaratory judgment that Defendant's actions were unconstitutional
 D. Injunctive relief preventing further retaliation
 E. fees and costs under 42 U.S.C. § 1988
 F. Any other relief the Court deems just and proper

## VIII. JURY DEMAND

Plaintiffs demand trial by jury on all issues so triable.

Respectfully submitted,

William Thomas Frazier, Plaintiff _William Thomas Frazier_

Date _12/8/_ 2025

Lakendria Lashay Wardlow, Plaintiff _Lakendria Lashay Frazier Wardlow_

Date: _12 8_ 2025




# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

### WINSTON-SALEM DIVISION

**WILLIAM THOMAS FRAZIER,**
**LAKENDRIA LASHAY FRAZER-WARDLOW,**
Plaintiffs,

v.

**CITY OF WINSTON-SALEM, et al.,**
Defendants.

**CIVIL ACTION NO.** 1:25 CV 1055

# PROPOSED ORDER GRANTING PLAINTIFFS'

# MOTION FOR PRELIMINARY INJUNCTION

THIS MATTER comes before the Court on Plaintiffs' **Motion for Preliminary Injunction** pursuant to Rule 65 of the Federal Rules of Civil Procedure.

Having reviewed the Motion, supporting pleadings, and the applicable law, and upon finding good cause shown, the Court hereby FINDS and ORDERS as follows:

## I. FINDINGS

1. Plaintiffs have demonstrated a **likelihood of success on the merits** of their claims under the First, Fourth, and Fourteenth Amendments to the United States Constitution, enforceable through 42 U.S.C. § 1983.

2. Plaintiffs have shown a **likelihood of irreparable harm** in the absence of preliminary injunctive relief, including continued unlawful detention, loss of liberty, financial harm, seizure of property, and chilling of religious exercise.

3. The **balance of equities** weighs in favor of Plaintiffs, as Defendants suffer no cognizable harm by being required to comply with constitutional mandates.

4. The requested relief is in the **public interest**, which favors protection of civil rights, religious neutrality by government actors, and lawful enforcement practices.

## II. PRELIMINARY INJUNCTION

IT IS HEREBY ORDERED that, pending final disposition of this action:

### A. Prohibited Conduct

1. Defendants **City of Winston-Salem, Winston-Salem Police Department, State of North Carolina, North Carolina State Highway Patrol**, and all officers, agents, employees, and persons acting in concert with them are **ENJOINED** from:

   a. Stopping, detaining, arresting, citing, or seizing Plaintiffs or Plaintiffs' property **based**

in whole or in part on Plaintiffs' religious beliefs, religious expression, religious identity, or religious identification practices;

b. Making disparaging comments, derogatory statements, or expressions of religious endorsement or hostility toward Plaintiffs' faith while acting under color of law;

c. Initiating traffic stops or investigative detentions involving Plaintiffs **without articulable reasonable suspicion or probable cause** consistent with the Fourth Amendment;

d. Seizing Plaintiffs' lawfully possessed property in the absence of lawful authority;

e. Escalating bond amounts or detaining Plaintiffs absent a duly articulated criminal offense supported by probable cause.

## B. Affirmative Requirements

2. Defendants shall ensure that any future encounters with Plaintiffs are conducted in a **religiously neutral manner**, consistent with the First Amendment.

3. Defendants shall require officers to base enforcement actions involving Plaintiffs **solely on lawful, objective criteria**, without reference to religion, belief, or protected expression.

# III. SECURITY

4. Pursuant to Rule 65(c), the Court **WAIVES the requirement of security**, finding that Plaintiffs seek to enforce public constitutional rights and that Defendants will suffer no monetary injury from compliance with this Order.

# IV. SCOPE AND DURATION

5. This Preliminary Injunction shall remain in effect **until further Order of this Court** or until final judgment in this matter.


IT IS SO ORDERED.


Date: 12/8/2025

**United States District Judge**

FILED
DATE: May 9, 2025
TIME: 10:44:05 AM
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT
BY: L. VanCleve

**STATE OF NORTH CAROLINA**

Mecklenburg County

| File No. |
| --- |
| 24CR043151-590 |

In The General Court Of Justice

☐ District  ☐ Superior Court Division

**NOTE:** *The AOC-CR-645 (Optional Form For Criminal Judgment (District Court)) and other criminal judgment forms are available for use in district court cases. For superior court cases, other criminal judgment forms are available for use.*

## STATE VERSUS

| | |
| --- | --- |
| Name Of Defendant<br>WILLIAM THOMAS FRAZIER | **JUDGMENT/ORDER OR**<br>**OTHER DISPOSITION** |

| ICMS Person Record No. |
| --- |
| 16660549 |

| Race | Sex | NOTE: Date Of Birth may be recorded on AOC-CR-1000 (ICMS). |
| --- | --- | --- |
| Black | Male | |

| Attorney For State<br>DALLAS SUNRISE PASTIRIK | ☐ Def. Found Not Indigent | ☐ Def. Waived Attorney | ☐ Attorney Denied | Attorney For Defendant<br>David Holding Eil | ☒ Appointed<br>☐ Retained | Crt Rptr Initials<br>LCR |

Offense(s)

POSSESSION OF FIREARM BY FELON; CARRYING CONCEALED GUN(M)

BOND SET AT 75,000 SECURED

### SIGNATURE OF JUDGE

| Date<br>05/09/2025 | Name Of Presiding Judge (type or print)<br>MATTHEW OSMAN | Signature Of Presiding Judge<br>5/9/2025 10:46:59 AM |
| --- | --- | --- |

*Material opposite unmarked squares is to be disregarded as surplusage.*

AOC-CR-305 (ICMS), Rev. 2/21
© 2021 Administrative Office of the Courts

*evedence of Reopening*
*Ex 1-11*
*& Equity*

FILED
DATE: May 1, 2025
TIME: 11:00:01 AM
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT
BY: L. VanCleve

| STATE OF NORTH CAROLINA | *File No(s)* 24cr043151 |
| Mecklenburg County | |

| | In the General Court of Justice |
| **STATE VERSUS** | ☐ District ■ Superior Court Division |
| *Name of Defendant* | **MOTION AND ORDER** |
| William Frazier | **TO MODIFY OR REVOKE** |
| | **PRETRIAL RELEASE CONDITIONS** |

---

## MOTION

NOW COMES the ☐ State ■ Defendant requesting review of the Defendant's pretrial release conditions based on (*attach additional explanation as necessary*):

- ☐ State's Motion to Modify Release Conditions and/or Revoke Bond
- ■ Defendant's Motion to Modify Release Conditions
  - ▪ Defendant has been in custody since: 3/10/25 .
  - ▪ This is the Defendant's second (*state number*) request for a bond hearing in Superior Court.
  - ▪ The last bond hearing in Superior Court was held: 4/14/25 .
  - ▪ For second or subsequent bond hearings, the change in circumstance(s) is:

    State has still not given us the rest of the body camera footage from the officers, requested 3/31/25. This footage is important because it allegedly contains statements made by the Defendant

    as well as seizure of a gun. Also, property sheets in discovery we do have indicate that guns were seized not from the Defendant but from Lakendria Wardlow.

  - ▪ The State ☐ does ☐ does not consent to the modification. _____
    *Consent Signature of ADA or* ☐ *Email Provided*

| Case Number | Charge | Current Condition(s) | New Condition(s) |
|---|---|---|---|
| 24cr043151 | FBF, CCG | no bond | |
| | | | |
| | | | |
| | | | |

Other Conditions: ☐ Pretrial Services ☐ Electronic Monitoring ☐ 24-hr House Arrest ☐ No Contact

The Defendant is a Prior Record Level: ☐ I ☐ II ☐ III ☐ IV ☐ V ☐ VI

| *Date* 5/1/25 | *Name of Filing Attorney* David Holding Eil | *Signature of Filing Attorney* |

---

## ORDER

BASED ON THE FOREGOING, THE COURT ORDERS, ADJUDGES, AND DECREES that:

- ☐ The State's Motion to Modify Release Conditions is ☐ granted ■ denied as noted above.
- ☐ The State's Motion to Revoke Bond is ☐ granted ☐ denied.
- ☐ Defendant's Motion to Modify Bond is ☐ granted ☐ denied as noted above.
- ☐ Defendant's Motion for Subsequent Bond Hearing is ☐ granted ☐ denied.
- ☐ The Motion shall be scheduled for further hearing on: _____.

| *Print Name of Presiding Judge* | *Signature of Presiding Judge* |

Local Form CRF-19, Version 9/23
© Judicial District 26

2-11

# CASE SUMMARY

## CASE NO. 24CR033322-590

STATE OF NORTH CAROLINA VS WILLIAM THOMAS FRAZIER

§
§
§
§

Location: **Mecklenburg Superior Court**
Filed on: **08/20/2024**

---

### CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | Criminal |
|---|---|---|---|---|---|
| 1. HABITUAL FELON | 14-7.1 | FNC | 06/03/2023 | | |
| | | | | Case Flags: | Indictment Issued |

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | 24CR033322-590 |
| Court | Mecklenburg Superior Court |
| Date Assigned | 08/20/2024 9:40 AM |

---

### PARTY INFORMATION

*Attorneys*

**Defendant** **FRAZIER, WILLIAM THOMAS**
*600 HUTTON ST*
*WINSTON SALEM, NC 27101*
*Black Male Height 5'8" Weight 229lbs*
*DOB: 09/14/1979 Age: 44*
*DL: NC 22728817*

**State** **STATE OF NORTH CAROLINA**
*** Confidential Address ***
*Other*
*DOB: 11/15/1998*
*DL: NC 0000000000*

**HARDIN, LASHIEKA DAVONDA**
*** Confidential Phone ***
*11665 Coddington Ridge Dr*
*Charlotte, NC 28214*
lashiekadhardin@gmail.com

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|

## EVENTS

| 04/14/2025 | Judgment/Other<br>Created: 04/14/2025 3:54 PM | *Index # 3* |
| 08/20/2024 | Notice of Return of Bill of Indictment<br>Created: 08/20/2024 11:03 AM | *Index # 2* |
| 08/19/2024 | Indictment Issued<br>Created: 08/20/2024 9:41 AM | *Index # 1* |

## HEARINGS

| 12/03/2025 | Arraignment- In Person (9:30 AM)<br>*08/27/2025    Reset by Court to 12/03/2025*<br>Created: 06/09/2025 11:10 AM | |
| 06/09/2025 | Arraignment- In Person (9:30 AM) (Judicial Officer: KNIGHT, PETER B ;Location: Mecklenburg Co. Courthouse, Courtroom 5310) | |

3- 11

Continued;
*Continued*
Created: 06/08/2025 10:50 AM

04/14/2025 **Bond Review/Modification** (2:00 PM) (Judicial Officer: COLLINS, CRAIG R ;Location: Mecklenburg Co. Courthouse, Courtroom 5310)

**MINUTES**

    📄 Judgment/Other                                                                 *Index # 3*
      Created: 04/14/2025 3:54 PM
Hearing Held;
*Hearing Held*
Created: 04/10/2025 9:59 AM

## SERVICE

08/19/2024 **Indictment Issued**
FRAZIER, WILLIAM THOMAS
Issued
Created: 08/20/2024 9:41 AM

# STATE OF NORTH CAROLINA

Mecklenburg County

File No.
24CR043151-590

In The General Court Of Justice
Superior Court Division

### STATE VERSUS

Name And Address Of Defendant
WILLIAM THOMAS FRAZIER
600 HUTTON ST
WINSTON SALEM NC 27101

## NOTICE OF RETURN OF
## BILL OF INDICTMENT

G.S. 15A-630, 15A-941(d)

**To The Defendant Named Above:**

Take notice that the grand jury of the county named above has returned the attached True Bill(s) of Indictment charging you with the offense(s) specified.

You are informed that there are important time limitations on your right to discovery of the evidence against you. *(See G.S. 15A-902, which is printed on the reverse.)*

This Notice is issued upon the order of the presiding judge.

You will be arraigned on the charges contained in this Indictment only if you file a written request for arraignment with the Clerk of Superior Court not later than twenty-one (21) days after the Indictment is served on you. If you do not file a written request for arraignment within that time, the court will enter a not guilty plea on your behalf.

You must appear in Superior Court at the date, time and place shown below to answer the charges in this Indictment.

**NOTE:** *If an earlier court date is set in a release order, you must appear at that time also.*

| Date Of Hearing | Time Of Hearing | Place Of Hearing |
|---|---|---|
| 1/13/2025 | 9:00 A.M. | Mecklenburg Superior Court/ ROOM 5350 |

| **NOTE:** *Attach True Bill(s) of Indictment and a copy of the Order of Arrest, if appropriate.* | Date Issued 10/31/2024 |
|---|---|
| | Signature /s/ Nicole King |
| | Deputy Clerk |

## CERTIFICATE OF NOTICE

I certify that I issued a copy of this Notice to the defendant named above at the address shown by:

☒ 1. Mailing it through the U.S. Postal Service.

☐ 2. Attaching it to an Order for Arrest to be served on the defendant.

**NOTE TO COURT:** *An Order for Arrest shall **not** be issued for an indicted juvenile whose case began in juvenile court and for which the district court has not yet entered an order for transfer to superior court pursuant to G.S. 7B-2200 or G.S. 7B-2200.5(a)(1).*

*An Order for Arrest may be issued for a juvenile indicted and subject to adult criminal court jurisdiction:*
- *pursuant to G.S. 7B-1501(7)b. (indicted for Chapter 20 motor vehicle offense).*
- *pursuant to G.S. 7B-1604(b) (i.e., the 'once an adult, always an adult' rule), based on a prior criminal conviction as an adult for*
    - *(i) any felony or*
    - *(ii) any non-motor vehicle misdemeanor or*
    - *(iii) any misdemeanor or infraction involving impaired driving as defined in G.S. 20-4.01(24a).*

☐ 3. Other: *(specify)*

| Date 10/31/2024 | Signature /s/ Nicole King | Deputy Clerk |
|---|---|---|

Original-File  Copy-Defendant
(Over)

AOC-CR-215 (ICMS), Rev. 12/19
© 2019 Administrative Office of the Courts

5-11

# CASE SUMMARY
### CASE NO. 24CR043151-590

| | | |
|---|---|---|
| **STATE OF NORTH CAROLINA VS WILLIAM THOMAS FRAZIER** | §<br>§<br>§<br>§<br>§<br>§<br>§ | Location: **Mecklenburg Superior Court**<br>Filed on: **10/31/2024**<br>Criminal Process Number: **OFA-25-26087**<br>**RO-25-139283**<br>Electronic Warrants Warrant ID: **aLRfusspPYYo982ka3qxPV**<br><br>**wpV2mL52jT6ywFmScb4PK5** |

---

## CASE INFORMATION

| Offense | Statute | Deg | Date | |
|---|---|---|---|---|
| 1. POSSESSION OF FIREARM BY FELON | 14-415.1 | FG | 06/02/2023 | Case Type: **Criminal** |
| Arrest: 03/02/2025 | | | | |
| 2. CARRYING CONCEALED GUN(M) | 14-269(A1) | M2 | 06/02/2023 | Case Flags: **Indictment Issued** |
| Arrest: 03/02/2025 | | | | |

**Bonds**
Secured Bond - Professional Surety    #25B085328    $75,000.00
05/10/2025            Posted
Counts: 1, 2
Bond Company: MOORE, CHARLES, W
102 WEST 3RD ST
SUITE L250
WINSTON-SALEM, NC 27101
Bond Insurance Company: BANKERS INSURANCE COMPANY
P.O. BOX 15707
ST. PETERSBURG, FL 33733

---

| DATE | CASE ASSIGNMENT |
|---|---|

Current Case Assignment
| | |
|---|---|
| Case Number | 24CR043151-590 |
| Court | Mecklenburg Superior Court |
| Date Assigned | 10/31/2024 10:27 AM |

---

## PARTY INFORMATION

| | | *Attorneys* |
|---|---|---|
| **Defendant** | **FRAZIER, WILLIAM THOMAS**<br>*600 HUTTON ST*<br>*WINSTON SALEM, NC 27101*<br>*Black  Male  Height 5'8"  Weight 229lbs*<br>*DOB: 09/14/1979  Age: 45*<br>*DL: NC  22728817* | **Eil, David Holding**<br>*Retained*<br>*980-433-1296(W)*<br>*720 E 4th Street, Suite 300*<br>*Suite 300*<br>*Charlotte, NC 28202*<br>david.h.eil@nccourts.org |
| **State** | **STATE OF NORTH CAROLINA**<br>** *Confidential Address* **<br>*Other*<br>*DOB: 11/15/1998*<br>*DL: NC  0000000000* | **HARDIN, LASHIEKA DAVONDA**<br>** *Confidential Phone* **<br>*11665 Coddington Ridge Dr*<br>*Charlotte, NC 28214*<br>lashiekadhardin@gmail.com |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|

## EVENTS

*b-11*

*Printed on 09/16/2025 at 12:48 PM*

| 08/21/2025 | Motion to Continue<br>Created: 08/21/2025 3:29 PM | *Index # 19* |
| 05/10/2025 | Bond Posted<br>Created: 05/10/2025 12:22 PM | *Index # 17* |
| 05/09/2025 | Release Order Modified<br>*Location: MECKLENBURG COUNTY COURTHOUSE*<br>Created: 05/09/2025 10:46 AM | *Crim Proc #*<br>*RO-25-139283*<br>*Index # 16* |
| 05/09/2025 | Judgment/Other<br>Created: 05/09/2025 10:40 AM | *Index # 15* |
| 05/01/2025 | Motion<br>*FOR BOND HEARING*<br>Created: 05/01/2025 11:00 AM | *Index # 14* |
| 04/14/2025 | Release Order Modified<br>*Location: MECKLENBURG COUNTY COURTHOUSE*<br>Created: 04/14/2025 3:54 PM | *Crim Proc #*<br>*RO-25-139283*<br>*Index # 13* |
| 04/14/2025 | Judgment/Other<br>Created: 04/14/2025 3:48 PM | *Index # 12* |
| 03/18/2025 | Motion for Bond Modification<br>Created: 03/18/2025 8:40 AM | *Index # 11* |
| 03/11/2025 | Other/Miscellaneous<br>*Cases, Affidavit of Truth, Notice to Cease and Desist, Motion to Surpress Evidence, Motion to Dismiss, Motion for Discovery, Motion for a Apeedy Trial, Complaint,*<br>Created: 03/11/2025 10:46 AM | *Index # 10* |
| 03/11/2025 | Order of Assignment of Counsel or Denial of Counsel (Judicial Officer: MERCER, FRITZ Y, Jr. )<br>Created: 03/11/2025 10:35 AM | *Index # 9* |
| 03/11/2025 | Counsel Appointed - Public Defender<br>Created: 03/11/2025 10:35 AM | |
| 03/10/2025 | Release Order Modified<br>*Location: MECKLENBURG COUNTY COURTHOUSE*<br>Created: 03/10/2025 1:24 PM | *Crim Proc #*<br>*RO-25-139283* |
| 03/02/2025 | Release Order Issued<br>*Location: MECKLENBURG COUNTY COURTHOUSE*<br>Created: 03/02/2025 10:55 PM | *Crim Proc #*<br>*RO-25-139283*<br>*Index # 8* |
| 03/02/2025 | Order for Arrest Returned Served<br>*Location: MECKLENBURG COUNTY COURTHOUSE*<br>Created: 03/02/2025 10:53 PM | *Crim Proc #*<br>*OFA-25-26087*<br>*Index # 7* |

7-11

*Printed on 09/16/2025 at 12:48 PM*

| | | |
|---|---|---|
| 01/13/2025 | 📄 Order for Arrest Issued<br>*Location: MECKLENBURG COUNTY COURTHOUSE*<br>Created: 01/13/2025 2:44 PM | *Crim Proc #*<br>*OFA-25-26087*<br>*Index # 6* |
| 01/13/2025 | Failure to Appear<br>Created: 01/13/2025 2:44 PM | *Index # 5* |
| 01/13/2025 | Called and Failed<br>Created: 01/13/2025 2:39 PM | |
| 12/18/2024 | 📄 Undeliverable Mail<br>*CERTIFIED MAIL RETURNED UNSERVED*<br>Created: 12/18/2024 8:47 AM | *Index # 4* |
| 10/31/2024 | 📄 Other/Miscellaneous<br>*CERTIFIED MAIL RECEIPT*<br>Created: 10/31/2024 10:32 AM | *Index # 3* |
| 10/31/2024 | 📄 Notice of Return of Bill of Indictment<br>Created: 10/31/2024 10:30 AM | *Index # 2* |
| 08/19/2024 | 📄 Indictment Issued<br>Created: 10/31/2024 10:29 AM | *Index # 1* |

## HEARINGS

| | | |
|---|---|---|
| 12/03/2025 | **Arraignment- In Person** (9:30 AM)<br>*08/27/2025      Reset by Court to 12/03/2025*<br>Created: 06/09/2025 11:11 AM | |
| 07/14/2025 | *CANCELED* **Scheduling Conference** (2:01 PM)<br>*Release Order Updated in Electronic Warrants*<br>Created: 04/14/2025 3:54 PM | |
| 07/14/2025 | *CANCELED* **Scheduling Conference** (2:01 PM)<br>*Release Order Updated in Electronic Warrants*<br>Created: 03/11/2025 9:25 AM | |
| 06/09/2025 | *CANCELED* **Arraignment- In Person** (2:00 PM) (Judicial Officer: ARCHIE, CARLA ;Location: Mecklenburg Co. Courthouse, Courtroom 5310)<br>*Release Order Updated in Electronic Warrants*<br>Created: 04/17/2025 12:20 PM | |
| 06/09/2025 | **Arraignment- In Person** (9:30 AM) (Judicial Officer: KNIGHT, PETER B ;Location: Mecklenburg Co. Courthouse, Courtroom 5310)<br>Continued;<br>Continued<br>Created: 05/09/2025 10:46 AM | |
| 05/09/2025 | **Motion Hearing** (9:30 AM) (Judicial Officer: OSMAN, MATTHEW JOHN ;Location: Mecklenburg Co. Courthouse, Courtroom 5310)<br>*Motion for 2nd bond hearing* | |

### MINUTES

| | | |
|---|---|---|
| | 📄 Judgment/Other<br>Created: 05/09/2025 10:40 AM | *Index # 15* |

*Printed on 09/16/2025 at 12:48 PM*

Hearing Held;
*Hearing Held*
Created: 05/07/2025 12:24 PM

04/14/2025 **Bond Review/Modification (2:00 PM)** (Judicial Officer: COLLINS, CRAIG R ;Location: Mecklenburg Co. Courthouse, Courtroom 5310)

**MINUTES**

📄 Judgment/Other                                                                                          *Index # 12*
Created: 04/14/2025 3:48 PM
Hearing Held;
*Hearing Held*
Created: 03/21/2025 9:38 AM

03/11/2025 **Electronic Warrants Assigned (1:30 PM)** (Judicial Officer: MERCER, FRITZ Y, Jr. ;Location: Mecklenburg Co. Courthouse, Courtroom 4330)

**MINUTES**

Counsel Appointed - Public Defender
Created: 03/11/2025 10:35 AM

📄 Order of Assignment of Counsel or Denial of Counsel (Judicial Officer: MERCER,       *Index # 9*
FRITZ Y, Jr. )
Created: 03/11/2025 10:35 AM
Hearing Held;
*Hearing Held*
Created: 03/10/2025 1:24 PM

03/11/2025 *CANCELED* **First Appearance Hearing (10:00 AM)** (Judicial Officer: MERCER, FRITZ Y, Jr. ;Location: Mecklenburg Co. Courthouse, Courtroom 4330)
*Release Order Updated in Electronic Warrants*
Created: 03/10/2025 12:20 PM

03/10/2025 **Electronic Warrants Assigned (9:00 AM)** (Judicial Officer: WIGGINS, ROY H ;Location: Mecklenburg Co. Courthouse, Courtroom 1150)

**MINUTES**

Hearing Held;
*Hearing Held*

**SCHEDULED HEARINGS**

*CANCELED* **First Appearance Hearing (03/11/2025 at 10:00 AM)** (Judicial Officer: MERCER, FRITZ Y, Jr. ;Location: Mecklenburg Co. Courthouse, Courtroom 4330)
*Release Order Updated in Electronic Warrants*
Created: 03/10/2025 12:20 PM
Created: 03/02/2025 10:54 PM

01/13/2025 **First Appearance Hearing (9:00 AM)**
*VDGJ FIRST APPEARANCE*

**MINUTES**

Called and Failed
Created: 01/13/2025 2:39 PM
Called & Failed;
*Called & Failed*
Created: 10/31/2024 10:32 AM

## BOND SETTINGS

05/09/2025 **Amended Bond Setting**
*RO-25-139283*
Set By Clerk                                        $75,000.00
Secured Bond - Property by Defendant
Secured Bond - Cash by Accommodation
Secured Bond - Property by Accommodation

*9-11*

Secured Bond - Cash by Defendant
Secured Bond - Professional Surety

| | DATE | | OTHER DOCUMENTS | |
|---|---|---|---|---|
| | 03/14/2025 | Other | SBI FINGERPRINT CARD | 2 Pages |
| | 05/10/2025 | Bond | AOC-CR-201 (ICMS) [use if executed by Professional Bondsman AND Runner] Keyword: appearance bond | 2 Pages |

| DATE | | FINANCIAL INFORMATION | |
|---|---|---|---|
| | **Defendant** FRAZIER, WILLIAM THOMAS | | |
| | Total Charges | | 200.00 |
| | Total Payments and Credits | | 0.00 |
| | **Balance Due as of 09/16/2025** | | **200.00** |
| 01/13/2025 | Charge | Defendant FRAZIER, WILLIAM THOMAS | 200.00 |

*16-11*

# STATE OF NORTH CAROLINA

Mecklenburg County

*File No.*
24CR043151-590

In The General Court Of Justice
Superior Court Division

*Name And Mailing Address Of Defendant*
FRAZIER, WILLIAM
600 HUTTON ST
WINSTON SALEM NC 27101

## APPEARANCE BOND
### FOR
### PRETRIAL RELEASE

G.S. 15A-531, 15A-534, 15A-544.2

| *Telephone No. Of Defendant* | *Total Bond Required* 75,000.00 | *Amount Of This Bond* 75,000.00 | *Bond No* 25B085328 |
|---|---|---|---|

| *File Numbers And Offenses* | |
|---|---|
| 24CR043151-590 | POSSESSION OF FIREARM BY FELON |
| | CARRYING CONCEALED GUN(M) |

☐ See *Additional File Numbers And Offenses* on Side Two, for which appearance is secured by this Bond.

☒ **Surety Appearance Bond** - We, the undersigned, jointly and severally acknowledge that we and our personal representatives are bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side. Any undersigned professional bondsman, bail agent, or runner attests that the AFFIDAVIT on the reverse side is complete and true. If a cash deposit is indicated below, surety(ies) has deposited the cash to secure the obligation as surety(ies) on this Bond with the understanding that the deposit will be returned to the surety(ies) upon termination of that obligation as provided by law, and that it will NOT be available to satisfy defendant's obligations. *(For cash bond, see notes on reverse side.)*

## PROFESSIONAL BONDSMAN

| *Name Of Bondsman* BANKERS INSURANCE COMPANY | *Name Of Runner, If Applicable* MOORE, CHARLES, W |
|---|---|
| *License No. Of Bondsman* 0000003167 | *Telephone No* | *License No. Of Runner* 0010004600 | *Telephone No.* 336-765-8004 |

## DEFENDANT AND SURETY SIGNATURES

| *Date Of Execution Of Bond* 05/10/2025  5/10/2025 12:24:38 PM | *Signature Of Defendant (required for all appearance bonds)* |
|---|---|
| *Signature Of Surety* | *Signature Of Surety* |

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME |
|---|---|
| *Date* 5/10/2025 12:24:48 PM  05/10/2025 *Signature* | *Date* 05/10/2025 *Signature* X2912 |
| ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ Custodian Of Detention Facility [G.S. 15A-537(c)] | ☐ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ Custodian Of Detention Facility [G.S. 15A-537(c)] |

*NOTE: If cash deposited, see notes on reverse side.* (see AOC-CR-238 if release after judgment in superior court)
AOC-CR-201 (ICMS), Rev. 2/21
© 2021 Administrative Office of the Courts

Original - File
(Over)

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY: *Latrina Anthony*
Assistant Clerk of Superior Court

## CONDITIONS

The conditions of this Bond are that the above named defendant shall appear in the above entitled action(s) whenever required. It is agreed and understood that this Bond is effective and binding upon the defendant and each surety throughout all stages of the proceedings in the trial divisions of the General Court of Justice until the entry of judgment in the district court from which no appeal is taken or until the entry of judgment in the superior court, unless terminated earlier by operation of law or order of the court. If the defendant appears as ordered until termination of the Bond, then the bond is to be void, but if the defendant fails to appear as required, the Court will forfeit the bond pursuant to Part 2 of Article 26 of Chapter 15A of the General Statutes.

Each accommodation bondsman, by signing on the reverse or on the attached AOC-CR-201A, states: "I have reached the age of 18 years and am a bona fide resident of North Carolina. Aside from love and affection and release of the above named defendant, I have received no consideration for acting as surety. I own sufficient property over and above all liabilities, homestead and other exemptions allowed me by law to enable me to pay this Bond should it be ordered forfeited. I understand that if I sign this Bond without sufficient property, I am guilty of a crime."

## ADDITIONAL FILE NUMBERS AND OFFENSES

*Additional File Numbers And Offenses*

☐ See *Additional File Numbers And Offenses* on attached AOC-CR-201A, Side Two, for which appearance is secured by this Bond.

## AFFIDAVIT

NOTE: *"Professional bondsmen, surety bondsman (bail agents), and runners shall file with the clerk of court having jurisdiction over the principal an affidavit on a form furnished by the Administrative Office of the Courts." G.S. 58-71-140(d).* Check all options that apply.

☐ 1. I have not, nor has anyone for my use, been promised or received any collateral, security or premium for executing this Bond.

☒ 2. I have been promised a premium in the amount shown below, which is due on the date shown below.

☐ 3. I have received a premium in the amount shown below.

☒ 4. I have been given collateral security by the person named below, of the nature and in the amount shown below.

| Amount Of Premium Promised | Date Premium Due | Amount Of Premium Received | |
|---|---|---|---|
| $7500.00 | 05/10/25 | $0 | |
| Name Of Person From Whom Collateral Received | Nature Of Collateral | Value | **AFFIX BONDSMAN'S SEAL OR POWER OF ATTORNEY CERTIFICATE HERE** |
| MRS. TANYA FRAZIER | INDMNITOR | 75000.00 | 515036429-4 |

## RETURN OF CUSTODIAN OF DETENTION FACILITY

The defendant named on the reverse was released from my custody on the date shown below upon the execution of this Appearance Bond.

| Date Defendant Released | Name Of Custodian (type or print) | Signature Of Custodian | ☐ Sheriff ☐ Deputy Sheriff |
|---|---|---|---|
| | | | ☐ Other _____ |

**NOTES ON CASH BONDS:**
(1) *To Official Taking The Bond.* Use this form for all cash bonds. Complete this form as follows:
**When Cash Deposited By Defendant Or By Another Person Who Intends For The Cash To Be Used To Satisfy The Defendant's Obligations.**
Enter defendant's name, address and telephone number at the top of Side One. Check "Cash Appearance Bond By Defendant." Have defendant sign. Do no more. No other person's name should appear on this form. Enter your name, sign and enter receipt number under "Complete If Cash Deposited." Make receipt out to DEFENDANT, not to any other person.
**When Cash Deposited By Another Person Who Does NOT Intend For The Cash To Be Used To Satisfy The Defendant's Obligations.**
Enter defendant's name, address and telephone number at the top of Side One. Check "Surety Appearance Bond." Have defendant sign. Enter name, address and telephone number of person depositing cash under "Accommodation Bondsman." Have that person sign under "Signature Of Surety." Complete notarization for that person. Enter your name, sign and enter receipt number under "Complete If Cash Deposited." Make receipt out to person depositing the cash.
(2) *To Bookkeeper.* If case disposed without forfeiture, disburse cash as follows. (1) If "Cash Appearance Bond By Defendant" checked on Side One, disburse to defendant or apply to defendant's obligations if court so orders (2) if "Surety Appearance Bond" is checked on Side One, disburse only to the person(s) named under "Accommodation Bondsman."
(3) *Bond By Insurance Company Or Professional Bondsman As Surety Is Same As Cash Except In Child Support.* G.S. 15A-531(4) provides that an appearance bond executed by an insurance company or a professional bondsman (or a bail agent or runner on behalf of one of those sureties) is considered the same as a cash deposit, except in child support contempt proceedings for which only cash may satisfy a cash bond requirement.

AOC-CR-201 (ICMS), Side Two, Rev. 2/21
© 2021 Administrative Office of the Courts

BAIL ONLY
POWER AMOUNT
$15000.00

VOID IF NOT
USED BY

DECEMBER 31, 2025

THIS POWER WILL REPORT THIS
FORM WITHOUT A WRITTEN
CONSENT OF GOOD FRIGHT

# BANKERS INSURANCE COMPANY

P.O. Box 33015 • St. Petersburg, Florida 33733 • 877-778-5245

POWER OF ATTORNEY

**515036429-4**

Bailassist@BankersFinancialCorp.com

KNOW ALL MEN BY THESE PRESENTS: that Bankers Insurance Company, a corporation duly organized and existing under the laws of the State of Florida, has made pursuant to Article IV, Section 11 of the By-Laws, which was adopted by the Directors of the said company, and is now in effect, does constitute and appoint, and by these presents does make, constitute and appoint below named agent its true and lawful Attorney-In-Fact for it and in its name, place and stead, to execute, seal and deliver for and on its behalf and as its act and deed, as surety, a bail bond only. Authority of such Attorney-In-Fact is limited to appearance bonds. **This power must be filed with the court as a permanent court record to obligate the surety, for court appearances only, of the named Defendant. This power shall not obligate the surety for the Defendant's future lawful conduct, court imposed conditions, restrictions, or fines costs, restitution or any other circumstances not specifically related to court appearances.**

This Power of Attorney is for use with Bail Bonds for State, County and Municipal Courts only. Not valid in Federal Court nor if used in connection with Federal Immigration Bonds. This power shall be void if its original format has been altered, if it exceeds the maximum amount listed, is used with other powers of this or any other surety company to cover one bond amount, or is used by an individual who is not authorized to execute surety bonds on behalf of Bankers Insurance Company.

THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF THIS STATED FACE AMOUNT, AND PROVIDED THIS Power of Attorney is filed with the bond and returned as a part of the court records. The said Attorney-In-Fact is hereby authorized to insert in this Power of Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, BANKERS INSURANCE COMPANY has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be hereunto affixed this _10_ day of _5_ _2025_

Bond Amount $ _75,000.00_ Appearance Date _TBS_ Premium $ _7500.00_

Defendant _William Thomas FRAZIER_

S.S.# _____ D.O.B. _____

Case # _24CR 043151 · 590_

Court _Court Room 5310_

City _Charlotte_ State _NC_

_24CR043151-590 OFA 01/13/2025: F-Possession of Firearm by_

Offense _Felon!_ _M-Carrying Concealed Gun (MS)_;

If Rewrite, Original # _____

Executing Agent _Clan for NC 10_

BK0002GM_1500518

**BANKERS INSURANCE COMPANY**

ROBERT G. MENKE, *President*

Fraud Ex 1-3

Incident Number
**230602-00726**

**Status Codes:** 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

## DRUGS

| DCI | Status | Quantity | Type Measure | Suspected Type | Criminal Activity |
|---|---|---|---|---|---|
| E | 6 | 7.70 | OZ | Marijuana | P-Possessing/Concealing; T-Transporting/Transmitting/Importing |
| | | | | | |

## OFFENDER

| Offender Used | Yes | No | N/A | Offender 1 | | | | | | | | Primary Offender Resident Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alcohol | ☐ | ☐ | ■ | Age: 43 | Race: B | Sex: M | Age: | Race: | Sex: | Age: | Race: | Sex: | ☐ Resident |
| Drugs/Narcotics | ☐ | ☐ | ■ | | | | | | | | | | ■ Non-Resident |
| Computer | ☐ | ☐ | ■ | Age: | Race: | Sex: | Age: | Race: | Sex: | Age: | Race: | Sex: | ☐ Unknown |

## SUSPECT

| Name (Last, First, Middle) | | Alias or Nickname | | Home Address | |
|---|---|---|---|---|---|
| Occupation | | Business Address | | | |

| DOB / Age | Race | Sex | Height | Weight | Build | Hair Color | Hair Style | Hair Length | Eye Color |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Scars, Marks, Tattoos, or other distinguishing features (i.e. limp, foreign accent, voice characteristics)

| Hat | Jacket | Shirt/Blouse | Tie/Scarf | Coat/Suit | Pants/Dress/Skirt | Socks | Shoes |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Was Suspect Armed? | Type of Weapon | Direction of Travel | Mode of Travel |
|---|---|---|---|
| | | | |

| VYR | Make | Model | Style | Color | Lic/Lis | Vin |
|---|---|---|---|---|---|---|
| | | | | | | |

## WITNESS

| Name (Last, First, Middle) | DOB / Age | Race | Sex | Incident Number |
|---|---|---|---|---|
| | | | | |

| Home Address | Home Phone | Employer | Phone |
|---|---|---|---|
| | | | |

Suspect Hate / Bias Motivated:   Yes ☐   No ■   88-None (No Bias)

## NARRATIVE

*** Officer Heaton utilized his BWC***

On Friday, June 2, 2023, Officer Heaton was traveling east bound on Albemarle Road and observed a white Chevrolet Suburban displaying a fictitious registration plate with a border covering the writing of the plate. Officer Heaton observed the vehicle get into the left turn lane to turn onto Wilgrove-Mint Hill Road. Officer Heaton initiated the traffic stop once the vehicle turned onto Wilgrove-Mint Hill Road. The vehicle turned into the PVA of Perry's Market (6727 Wilgrove-Mint Hill Road).

Officer Heaton made a passenger side approach where he observed two adult females in the back and an adult male in the driver's seat. Officer Heaton also observed what appeared to be a child under 2 years old in the front seat in a front facing child seat. Officer Heaton spoke with the male driver who was later identified as William Thomas FRAZIER (B/M, DOB: 09/14/1979, Address: 600 Hutton Street, Winston Salem NC 27101, ID: 22728817, Phone:336-837-8293). Officer Heaton asked FRAZIER for his license and registration to the vehicle and FRAZIER handed Officer Heaton a Foreign National license from "Republic of Malachi" The ID stated that FRAZIER's name was Malach Lawbiy DOB: 09-14-1979. Officer Heaton attempted to locate an ID with this name and DOB but was unable to. While waiting for read back from dispatch, Officer Heaton requested additional officers to his stop. Once Officer Heaton was advised that dispatch could not find an ID with that name and DOB, Officer Heaton re-approached the vehicle and asked FRAZIER what

# INCIDENT/INVESTIGATION REPORT

| Agency Name | Incident Number |
|---|---|
| Mint Hill Police Department | 230602-00726 |

**ORI:** NC0602900

**Date / Time Reported:** S M T W T (F) S — Month 06 Day 02 Yr 2023 Time 20:45 Hrs.

| | Crime / Incident(s) | | At Found S M T W T (F) S | Last Known Secure S M T W T (F) S |
|---|---|---|---|---|
| #1 | 520 - (20R) Possesion of Firearm by Felon | ☐ Attempt ☑ Complete | Month 06 Day 02 Yr 2023 Time 20:45 Hrs. | Month 06 Day 02 Yr 2023 Time 20:40 Hrs. |
| #2 | Crime Incident — 35A - PWISD Marijuana | ☐ Attempt ☑ Complete | Location of Incident: 6727 Wilgrove-Mint Hill Road, Mint Hill, NC 28227 | Offense Tract: A1 |
| #3 | Crime Incident — 35A - Maintaining a Dwelling or Vehicle for the Distr | ☐ Attempt ☑ Complete | Location/Premise: 13 - Highway/Road/Alley/Street/Sidewalk | Victim Residence Type: ☐ Single Family ☐ Multi Family |

## MO

**How Attacked or Committed:** By being in possession of a firearm as a felon

**Method Of Entry:** ☐ Force ☐ No Force

**Weapon / Tools:** 12-Handgun

| # of Victims | Type: ☑ Society ☐ Person ☐ Government ☐ Religious ☐ Business ☐ Financial Institue ☐ L.E. Officer Line of Duty ☐ Other/Unk | Injury: ☑ None ☐ Minor ☐ Loss of Teeth ☐ Broken Bones ☐ Severe Lacerations ☐ Internal ☐ Unconscious ☐ Other Major | Drug/Alcohol Use: ☐ Yes ☐ Unknown ☐ No |
|---|---|---|---|
| 1 | | | |

## VICTIM

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status |
|---|---|---|---|---|---|---|---|
| V1 | State of North Carolina, - - | 2,3,4,5 | | | | | ☐ Resident ☐ Non-Resident ☐ Unknown |

**Home Address:** 7151 Matthews-Mint Hill Road, Mint Hill, NC 28227

**Home Phone:** (704) 545-1085

**Employer Name/Address:** 

**Business Phone:** 

| VYR | Make | Model | Style | Color | Lic/Lis | Vin |
|---|---|---|---|---|---|---|
| | | | | | | |

## OTHERS INVOLVED

**CODES: V = Victim (Denote V2, V3)  O = Owner (if other than victim)  R = Reporting Person (if other than victim)**

**Type:** ☐ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institue ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unknown

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex |
|---|---|---|---|---|---|
| OT | Wardlow, Lakendria Lashay | | 07/16/1996  26 | B | F |

**Home Address:** 600 Hutton Street, Winston Salem, NC 27101

**Home Phone:** 

**Employer Name/Address:** 

**Business Phone:** 

**Type:** ☐ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institue ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unknown

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex |
|---|---|---|---|---|---|
| | | | | | |

**Home Address:** 

**Home Phone:** 

**Employer Name/Address:** 

**Business Phone:** 

## PROPERTY

**Status Codes** (Check "OJ" column if recovered for other jurisdiction): 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown

| Victim # | DCI | Status | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 13 | 6 | 300.00 | | 1 | Black .9mm handgun | Palmetto State Armory/Dagger | JJE21129 |
| 1 | 13 | 6 | 200.00 | | 1 | Black .22 Cal Revolver with Pearl Grips | RG/RG I4 | 310172 |
| 1 | 10 | 6 | 0.00 | | 1 | 7.7 ounces of green leafy substance | | |
| 1 | 11 | 6 | 50.00 | | 0 | Drug Paraphenailia | | |
| 1 | 59 | 6 | 6.00 | | 6 | 9mm Bullets from Various Manufacturers | | |
| 1 | 59 | 6 | 3.00 | | 5 | .22 Cal. Bullets | | |

## ID

| Officer Name | ID# | Officer Signature | Supervisor Signature |
|---|---|---|---|
| Officer Michael A. Heaton | MH113 | | |

## STATUS

**Complainant Signature:** 

**Case Status:**
☑ Active
☐ Closed by Arrest
☐ Closed by Exception
☐ Closed by Other Means
☐ Inactive
☐ Unfounded
☐ Located (Missing Person and Runaways only)

**Exceptional Clearance:**
☐ Death of Offender
☐ Prosecution Declined
☐ In Custody of Other Jurisdiction
☐ Victim Refuse to Cooperate
☐ Juvenile/No Custody
☑ Not Applicable

**Page 1 of 8**

DCI-600F                                                                 Rev. 3/92

2-3

## ENTER RECOVERED GUN TRANSACTION (ERG)

### AGENCY/CASE DATA

Recovering Agency Identifier (RRI)     NC0602900

Recovering Case Number (RCA)     230602-00726          Notify Originating Agency (NOA)

Date of Recovery (DOR)     06022023

Linkage Agency Identifier (LKI)          Linkage Case No. (LKA)

### GUN DATA

Serial Number (SER)     JJE21129          Caliber (CAL)     9

Make (MAK)     PAA          Type (TYP)     PI

Model (MOD)     DAGGER

Miscellaneous (MIS)     SEIZED BY MINT HILL POLICE FROM LAKENDRIA WARDLOW 600 HUTTON ST WINSTON SALEM NC SAME WILL BE KEPT IN PROPERTY AT MINT HILL PD ANY QUESTIONS CONTACT MINT HILL POLICE 7048892231

### TEST INDICATOR

Test Indicator (TIS)     N

NON-NEGOTIBLE ACCEPTED FOR
VALUE APPROVED FOR PAYMENT
By *Zelach Lowsbury*

Accepts for value this Presentiment & related endorsment(s)
front & Back in accordance with UCC3-419 &
HJR 192 of June 5, 1933. 73d Congress, 1st Session at 4:30pm

EXEMPT FROM LEVY. PREPAID
WILLIAM THOMAS FRAZIER, ESTATE.
#251-430441

Fraud

Page: 1

3-3

## ENTER RECOVERED GUN TRANSACTION (ERG)

### AGENCY/CASE DATA

Recovering Agency Identifier (RRI): NC0602900

Recovering Case Number (RCA): 230602-00726    Notify Originating Agency (NOA):

Date of Recovery (DOR): 06022023

Linkage Agency Identifier (LKI):    Linkage Case No. (LKA):

### GUN DATA

Serial Number (SER): 310172    Caliber (CAL): 22

Make (MAK): ROM    Type (TYP): PR

Model (MOD): RG14

Miscellaneous (MIS):
```
ROHM RG14 22LR SEIZED BY MINT HILL POLICE FROM LAKENDRIA
WARDLOW 600 HUTTON ST WINSTON SALEM NC SAME WILL BE KEPT IN
PROPERTY AT MINT HILL PD ANY QUESTIONS CONTACT MINT HILL
POLICE 7048892231
```

### TEST INDICATOR

Testing (tix): N

Fraud

NON-NEGOTIBLE ACCEPTED FOR
VALUE APPROVED FOR PAYMENT
By Malachi Lowsbry

Accepts for value this Presentment & related endorsment(s)
front & back in accordance with UCC3-419 &
HJR 192 of June 5, 1933. 73d Congress, 1st Session at 4:30pm

EXEMPT FROM LEVY. PREPAID
WILLIAM THOMAS FRAZIER, ESTATE.
#251-43044

Page: 1

# Au~~th~~zation for the Social Security Administration (SSA)
## ~~P~~lease Social Security Number (SSN) Verification

Printed Name:
William Thomas Fraz~~i~~

Reason for authorizing cons~~(~~lease select one)

Date of Birth: ~~████~~

Social Security Number: ~~████~~

☑ To apply for a mortg

☑ To open a bank acco

☑ To apply for a credit ~~c~~

☐ To apply for a loan

☐ To open a retirement account

☐ To apply for a job

☑ To meet a licensing requirement

☑ Other

With the following company (~~C~~ompany"):

DOT NOT USE TRUST PROPERT

Company Name: Forsy~~th~~y Courthouse

Company Address: 175 N~~e~~stnut St. Winston Salem NC 27101

The name and address of the ~~C~~any's Agent (if applicable):

Agent's Name: Keven BER

Agent's Address: 175 N~~e~~stnut St. Winston Salem N'C 27101

I authorize the Social Security A~~uthor~~ation to verify my SSN (to match my name, SSN, and date of birth with information in SSA records and provide the results ~~of~~ tch) to the Company or Company's Agent, if applicable, for the purpose I identified. I also authorize SSA to disclose the ba~~si~~ no-match to the Company and/or Company Agent, when it is a Permitted Entity as defined by section 215 of the Eco~~nomic~~ Growth, Regulatory Relief, and Consumer Protection Act. I am the individual to whom the SSN was issued or the parent or ~~gu~~ardian of a minor or legally incompetent adult. I declare and affirm under the penalty of perjury that the information contai~~ned her~~ein is true and correct. I acknowledge that if I make any representation that I know is false to obtain information from So~~c~~urity records, I could be found guilty of a misdemeanor and fined up to $5,000.

**This consent is valid only for on~~e~~ use. This consent is valid only for 90 days from the date signed, unless indicated otherwise by the individual name~~d abov~~e. If you wish to change this timeframe, fill in the following:**
**This consent is valid for** ~~fr~~om the date signed: _____ (Please initial.)

Signature: *Prime Minister W~~m~~ Thomas Frazier*

Relationship (if not the individual to ~~wh~~e SSN was issued): The Occupant Of the EXUCTOR OFFICE

Date Signed: 12/8/2025

**Privacy Act Statement Collection a~~nd Use~~** of Personal Information Sections 205(a) and 1106 of the Social Security Act, as amended, allow us to collect this info~~rmation~~ which we will use to verify your Social Security Number to a company or company's agent. Providing this information is vo~~luntary~~ but not providing such may prevent us from assisting you with the request. As law permits, we may use and share the in~~formation~~ you submit, including with other Federal agencies, contractors, and others, as outlined in the routine uses within Sys~~tem of~~ records Notice 60-0058, available at **www.ssa.gov/privacy**. The information you submit may also be used in computer ~~matchin~~g programs for Federal benefits eligibility and to recoup debts under these ~~pro~~grams.

**~~P~~aperwork Reduction Act Statement** ~~This i~~nformation collection meets the requirements of 44 U.S.C. § 3507, as amended by ~~Se~~ction 2 of the Paperwork Reduction A~~ct of 19~~95. You do not need to answer these questions unless we display a valid Office ~~of~~ Management and Budget (OMB) con~~trol num~~ber. We estimate that it will take about 20 minutes to read the instructions, gather ~~the~~ facts, and answer the questions. Se~~nd comm~~ents regarding this burden estimate or any other aspect of this ~~coll~~ection, including suggestions for ~~reducin~~g this burden to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401.

TEAR OFF

 

# PRIVATE NOTICE – COVER SHEET

**NOTICE OF NON-CONSENT & CIVIL LIABILITY**
(Civil Remedy / Private Record)

**TO:**
Any Individual, Agency, Officer, Department, Corporation, or Entity
who may come into contact with the undersigned Protected Parties
or Estate / Trust Property

**FROM:**
**THE NAZARITE BUSHMEN TRIBE ESTATE**
**THE FRAZIER ESTATE**

## PURPOSE OF THIS COVER SHEET

This cover sheet accompanies a **Private Estate & Trust Fee Schedule and Notice of Non-Consent** and serves as **formal private notice** of the following:

- The existence of protected persons and protected property

- Express non-consent to unauthorized interference

- Applicable civil liability for violations

- Reservation of all rights under law

This notice is issued **peacefully, in good faith**, and solely for **civil and administrative clarity.**

# NATURE OF THE NOTICE

This is a **private civil notice**, not a criminal accusation.
No penalties, threats, or enforcement actions are asserted herein.

Nothing in this package:

- Asserts criminal jurisdiction
- Claims police power
- Imposes punishment
- Threatens force or coercion

All remedies referenced are **civil only** and may be pursued **only through lawful process** if necessary.

# IDENTIFICATION OF PROTECTED PARTIES

This notice applies to the protected persons and property of:

**THE NAZARITE BUSHMEN TRIBE ESTATE**
**THE FRAZIER ESTATE**

Authorized Estate Representatives include:

- **William Thomas Frazier**, Occupant of the Executor Office
- **Malach Lawbiy**, Trustee

Additional protected parties and beneficiaries are identified within the attached instrument.

# EFFECTIVE NOTICE

Receipt, possession, review, or awareness of this document constitutes **notice** for civil purposes only.

No response is required.

Silence is not consent.

This notice exists to prevent misunderstanding and to preserve rights.

# GOOD-FAITH STATEMENT

This notice is issued to:

- Maintain peace
- Clarify boundaries
- Prevent unnecessary escalation
- Encourage lawful and respectful interaction

The assertion of equal protection, due process, and non-consent **does not endanger public safety, does not obstruct lawful duties, and does not create hostility.**

# ATTACHED DOCUMENTS

The following document(s) accompany this cover sheet:

☐ Private Estate & Trust Fee Schedule – Notice of Non-Consent

☐ Reservation of Rights (if included)

☐ Supporting Estate Record (if included)

## RESERVATION OF RIGHTS

All rights are reserved.

Nothing is waived.

All interactions remain under protest and without prejudice.

Executed by Estate Authority for Private Notice:


William Thomas Frazier
Occupant of the Executor Office


Malach Lawbiy
Trustee

Date: 12/8/2025

 

# AFFIDAVIT OF PRIVATE CIVIL NOTICE

## CONDITIONAL FEE SCHEDULE & STATEMENT OF LAWFUL REMEDY

*(For Record, Evidence, and Enforcement of Civil Rights)*

**STATE OF NORTH CAROLINA**

**COUNTY OF** Forsyth

I, **William Thomas Frazier**, being of lawful age and competent to affirm, do hereby affirm and declare the following is true and correct to the best of my knowledge and belief:

## I. AFFIANT & EXECUTOR AUTHORITY

1.  I am **William Thomas Frazier, Occupant of the Executor Office** for:

    o  **THE NAZARITE BUSHMEN TRIBE ESTATE, and**

    o  **WILLIAM THOMAS FRAZIER ESTATE.**

2. I am authorized to issue affidavits, notices, and administrative instruments necessary to protect estate property, trust interests, and protected persons under my charge.

3. This Affidavit is executed **without prejudice**, with full reservation of rights under **UCC § 1-308 and § 1-103**, and with no intent to waive any lawful remedy.

## II. TRUSTEES & BENEFICIARIES

The following persons hold lawful interest or fiduciary capacity within the protected estates:

- **Malach Lawbiy** — Trustee

- **Lakendria Frazier Wardlow** — Trustee

- **Eliyah Frazier** — Beneficiary

- **Isaiah Frazier** — Beneficiary

- **Oliva Tomas Garcia** — Beneficiary & Trustee, Deacon Board, Fire Life Ministries

## III. PURPOSE & SCOPE OF NOTICE

4. This Affidavit serves as **Private Civil Notice**, **Affidavit of Record**, and **Evidentiary Instrument**, governing interactions by any officer, employee, contractor, agent, or individual acting **under color of law** with the Protected Estates and Protected Persons.

5. This instrument memorializes **conditions, damages, and remedies** arising from unlawful acts, omissions, or misconduct committed under color of law and is intended for **lawful civil enforcement only**.

## IV. GOVERNING LAW & INCORPORATED AUTHORITY

6. This Affidavit and its attached Exhibits are issued pursuant to and governed by, including but not limited to:

- **UCC § 1-308 and § 1-103** (Reservation of Rights; Supplemental Principles of Law & Equity)

- **42 U.S.C. § 1983** (Civil action for deprivation of rights)

- **42 U.S.C. § 1985** (Conspiracy to interfere with civil rights)

- **18 U.S.C. § 241** (Conspiracy against rights), defining liability for coordinated acts intended to injure, oppress, threaten, or intimidate persons in the free exercise of Constitutional rights

- **18 U.S.C. § 242** (Deprivation of rights under color of law), defining willful misconduct by public officials acting beyond lawful authority

- **North Carolina Constitution, Article I** (Declaration of Rights)

- **Fourth, Fifth, Ninth, and Fourteenth Amendments** to the U.S. Constitution

- **Officer Oath, Bond, and Public Trust Obligations**

- **Maxims of Equity, Doctrine of Clean Hands, and Good Faith & Fair Dealing**

7. The above statutes and principles define the **lawful limits of authority**. Conduct exceeding those limits constitutes **ultra vires action**, subject to civil liability and remedy.

# V. NOTICE, CONDITIONS & OPPORTUNITY TO REBUT

8. Any officer or agency interacting with the Protected Estates or Protected Persons **after notice of this Affidavit** does so with knowledge that damages may accrue for unlawful acts described herein.

9. Failure to rebut, contest, or object in writing within **ten (10) days of receipt** may be asserted as **evidence of notice and acquiescence**, subject to applicable law, in any civil, administrative, or equitable forum.

# VI. EXHIBITS INCORPORATED BY REFERENCE

10. Exhibit A — Conditional Fee Schedule for Officer Misconduct

11. Exhibit B — Federal Civil Rights Statutory Breakdown (18 U.S.C. §§ 241 & 242)

# VII. RESERVATION OF RIGHTS

12. All inherent, natural, equitable, and Constitutionally protected rights are expressly reserved.

13. Nothing in this Affidavit shall be construed as consent, waiver, or agreement to unlawful acts.

## AFFIRMATION

I affirm under penalty of perjury that this Affidavit is true and correct.

Executed this _14_ day of _September_, 20 _25_

**William Thomas Frazier**
Occupant of the Executor Office
**THE NAZARITE BUSHMEN TRIBE ESTATE**
**WILLIAM THOMAS FRAZIER ESTATE**
UCC § 1-308 / § 1-103 — Without Prejudice

## CONTACT FOR NOTICE

P.O. Box 1181
Winston-Salem, North Carolina
Phone: 336-837-8293
Email: malachlawbiy@gmail.com

# EXHIBIT A

## CONDITIONAL FEE SCHEDULE — OFFICER MISCONDUCT

*(Civil Liquidated Damages & Administrative Costs)*

Fees listed below represent reasonable estimates of damages, costs, and harm arising from conduct constituting **deprivation of rights under color of law (18 U.S.C. § 242)** and **conspiracy to interfere with rights (18 U.S.C. § 241)**, and are asserted for **civil and evidentiary purposes only**.

1. Unlawful stop, detention, or seizure — **$25,000 per occurrence**

2. Failure to identify lawful authority or probable cause — **$10,000 per occurrence**

3. Fourth Amendment violations (search without warrant, cause, or consent) — **$50,000 per occurrence**

4. Coercion, threats, intimidation, or extortion — **$75,000 per act**

5. Retaliatory or discriminatory enforcement — **$100,000 per act**

6. Interference with freedom of movement — **$25,000 per stop**

   o **$10,000 per hour of continued detention**

7. Deprivation of rights (42 U.S.C. § 1983) — **$100,000 per act**

8. Conspiracy to deprive rights (42 U.S.C. § 1985 / 18 U.S.C. § 241) — **$150,000 per coordinated act**

9. Failure to present oath, bond, or authority — **$10,000 per violation**

10. Suppression or falsification of records —

- **$250,000 per record**

- **$1,000 per day** uncorrected after notice

11. Wrongful arrest or removal — **$250,000 per incident**

12. Property interference or damage — **$25,000 minimum + actual cost × 3**

13. Emotional distress or harassment — **$25,000 per incident**

14. Failure to respond to lawful notice within 10 days — **$5,000 per day**

15. Due process violations or denial of fair hearing — **$50,000 per violation**

16. Bodily injury — **$500,000 per injury**

# EXHIBIT B

## FEDERAL CIVIL RIGHTS STATUTORY BREAKDOWN

### 18 U.S.C. § 241 & § 242 (Summary for Record)

### 18 U.S.C. § 241 — Conspiracy Against Rights

- Applies when **two or more persons agree or act together**
- Prohibits injury, oppression, threats, or intimidation
- Does **not require success**, only agreement or attempt
- Supports civil conspiracy claims and joint liability

### 18 U.S.C. § 242 — Deprivation of Rights Under Color of Law

- Applies to officers or anyone acting with apparent authority
- Requires **willful conduct** beyond lawful authority
- Includes detention, coercion, harassment, or punishment
- Supports personal liability and § 1983 damages

# PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE JUDGE'S RECOMMENDATION



Filed Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)

Submitted by:

William Thomas Frazier

Plaintiff, Pro Se

Date: 12/4/2025

(Optional Footer)

Without Prejudice – UCC 1-308

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF NORTH CAROLINA

WILLIAM THOMAS FRAZIER,

Plaintiff,

v.

TROOPER JEREMIAS BAEZ RAMOS,

in his individual and official capacities,

and

DISTRICT 1 SUPERVISING OFFICER,

North Carolina State Highway Patrol,

Defendants.

Case No.: 1:25 Cv 1055

# AMENDED CIVIL RIGHTS COMPLAINT

(42 U.S.C. §§ 1983, 1985; First, Fourth & Fourteenth Amendments; RFRA)

---

# I. INTRODUCTION

This action arises from Plaintiff's December 2, 2025 unlawful traffic stop, detention, and arrest conducted by Trooper Ramos of the NC Highway Patrol.

During this incident:

- Plaintiff provided registration information for his trust-owned vehicle.
- The officer refused to verify the plate.
- Plaintiff was arrested without probable cause.
- Plaintiff's wife experienced a medical emergency while unlawfully detained.
- Plaintiff's minor child experienced emotional trauma.
- Plaintiff was coerced into a $1,000 bond.

These actions violated Plaintiff's constitutional and statutory civil rights.

---

# II. JURISDICTION AND VENUE

Jurisdiction is proper under:

- 28 U.S.C. § 1331
- 28 U.S.C. § 1343
- 42 U.S.C. § 1983
- 42 U.S.C. § 1985
- RFRA (42 U.S.C. § 2000bb)

Venue is proper because all events occurred in Davidson County, NC, in this District.

# III. PARTIES

Plaintiff:

- William Thomas Frazier, an individual, harmed by Defendants' actions.

Defendants:

1. Trooper Jeremias Baez Ramos, NC Highway Patrol — acted under color of law.
2. District 1 Supervising Sergeant, NC Highway Patrol — official capacity for injunctive relief.

# IV. STATEMENT OF FACTS

1. On December 2, 2025, Plaintiff was traveling with his wife and three-year-old child.
2. Plaintiff was stopped by Defendant Ramos.
3. Plaintiff immediately produced:
   - Vehicle information
   - Registration documentation
   - Trust documentation
4. Ramos refused to verify the registration in the DMV system.
5. Instead, Ramos stated the plate was "invalid," without checking the system.
6. Plaintiff was placed under arrest without probable cause.
7. Plaintiff was transported and held in custody.
8. A $1,000 secured bond was imposed.
9. Plaintiff's wife was experiencing heavy menstrual bleeding and was prevented from leaving.
10. She was forced to stop on the roadside in distress after release.
11. Plaintiff's minor child witnessed the stop, arrest, and trauma.
12. Plaintiff suffered emotional, financial, and family harm.
13. Defendants acted intentionally, recklessly, and without lawful justification.

# V. CLAIMS FOR RELIEF

## COUNT 1 — Fourth Amendment Violation (Unlawful Seizure + Arrest)

42 U.S.C. § 1983

Ramos arrested Plaintiff without probable cause and refused to check the registration.

## COUNT 2 — Fourteenth Amendment (Due Process + Equal Protection)

42 U.S.C. § 1983

Refusing to verify the plate and arresting without investigation violates due process.

## COUNT 3 — First Amendment (Religious Interference)

42 U.S.C. § 1983

Defendants interfered with Plaintiff's documented religious-trust practices and documentation.

## COUNT 4 — Conspiracy to Interfere with Civil Rights

42 U.S.C. § 1985(3)

Multiple officers collaborated to detain the family and escalate the stop without cause.

## COUNT 5 — RFRA Violation

42 U.S.C. § 2000bb

Defendants burdened religious-trust exercise without a compelling state interest.

# VI. DAMAGES

Plaintiff seeks:

- Compensatory damages
- Emotional distress damages
- Punitive damages (against Ramos individually)
- Court costs
- Any proper relief

# VII. INJUNCTIVE RELIEF REQUESTED

Plaintiff requests an order requiring:

- Proper plate verification
- Bodycam preservation
- No retaliatory stops
- No seizure without probable cause
- Constitutional compliance in future stops

# VIII. JURY DEMAND

Plaintiff demands a jury trial.

# IX. SIGNATURE

Respectfully submitted,

William Thomas Frazier

Plaintiff, Pro Se

Date: 12/21/2025

Without Prejudice —— UCC 1-308




1-6

FILED
IN THIS OFFICE

DEC 03 2025

Clerk U.S. District Court
Greensboro, NC

**THE NAZARITE BUSHMEN TRIBE,**

A Religious and Ecclesiastical Tribal Estate,
Plaintiff,

v.

**NORTH CAROLINA STATE HIGHWAY PATROL,**
**TROOPER JEREMIAS BAEZ RAMOS (District 1),**
Defendants.

Case No.: 1:25CV1055

# MOTION FOR PROTECTIVE ORDER

On Behalf of the Nazarite Bushmen Tribe

**NOW COMES the Plaintiff, THE NAZARITE BUSHMEN TRIBE, by and through its Prime Minister and Occupant of the Executor Office, William Thomas Frazier, and respectfully moves this Court for the issuance of a Protective Order pursuant to:**

- 42 U.S.C. § 1983
- 42 U.S.C. § 1985(3)
- 42 U.S.C. § 2000bb (RFRA)
- 42 U.S.C. § 2000cc (RLUIPA)
- 28 U.S.C. § 1651 (All Writs Act)
- The First and Fourteenth Amendments to the United States Constitution

In support of this Motion, Plaintiff states as follows:



# I. INTRODUCTION

1. This Motion arises from the December 2, 2025 actions of **North Carolina State Trooper Jeremias Baez Ramos of District 1,** whose conduct resulted in unlawful interference with the religious, trust-based, and familial operations of the Nazarite Bushmen Tribe.

2. The incident included refusal to verify trust-owned plates, unlawful arrest of the Tribe's Prime Minister/Executor, and physical and emotional harm to his wife and minor child.

3. The Tribe seeks protective relief to prevent further retaliation, harassment, and interference with its religious practice, trust property, and administrative functions.

# II. FACTUAL BACKGROUND

4. The Tribe owns and operates vehicles registered through the North Carolina DMV under its trust.

5. On December 2, 2025, **Trooper Jeremias Baez Ramos (District 1)** refused to run or verify the Tribe's trust plates.

6. Trooper Ramos then unlawfully arrested **William Thomas Frazier,** the Prime Minister and Executor Office Occupant, without lawful cause or proper investigation.

7. This arrest resulted in a coerced monetary bond and placed the Tribe under threat, duress, and harassment.

8. During this time, the Prime Minister's wife, **Lakendria,** was delayed from leaving despite having a heavy menstrual flow, resulting in severe discomfort and emotional distress.

9. After being released from the scene, she was forced to pull over roadside to change her sanitary items to avoid soiling herself.
   Their **three-year-old child** was present and emotionally impacted.

10. These facts are affirmed in the accompanying **Affidavit for a Protective Order,** which is incorporated herein.

*3*

# III. LEGAL GROUNDS FOR THE PROTECTIVE ORDER

## A. 42 U.S.C. § 1983 – Civil Rights Violations

11. Trooper Ramos, acting under color of state law, deprived the Tribe and its leadership of constitutional and statutory rights.

## B. 42 U.S.C. § 1985(3) – Interference / Retaliation

12. The conduct shows discriminatory and retaliatory treatment toward a religious Tribal Estate.

## C. RFRA (42 U.S.C. § 2000bb)

13. The incident substantially burdened the Tribe's religious operations without compelling justification.

## D. RLUIPA (42 U.S.C. § 2000cc)

14. The Tribe is a religious entity under federal law; interference with its officers violates protected rights.

## E. First Amendment

15. Trooper Ramos interfered with the Tribe's religious exercise and ecclesiastical governance.

## F. Fourteenth Amendment

16. The arrest and refusal to verify information violated due process and equal protection.

## G. All Writs Act

17. This Court has power to issue orders necessary to protect rights already guaranteed by law.

# IV. IRREPARABLE HARM

18. Without a protective order, the Tribe faces:

- Continued targeting of its leadership
- Harassment or retaliation
- Interference with trust assets
- Emotional harm to members, including minors
- Chilling of religious operations

19. The harm is ongoing and immediate relief is required.

# V. REQUESTED RELIEF

Plaintiff respectfully requests the Court to ORDER the following:

## 1. Protection of Tribal Leadership

Prohibit Trooper Jeremias Baez Ramos and any North Carolina State Highway Patrol officer from unlawfully stopping, detaining, arresting, or interfering with the Prime Minister or Executor Office.

## 2. Protection of Trust-Owned Property

Require law enforcement to verify trust plates and registrations when presented and to refrain from retaliatory treatment.

## 3. Protection for Tribal Members

5

Prohibit harassment or discrimination toward any beneficiary, member, or family member of the Nazarite Bushmen Tribe.

### 4. Anti-Retaliation Order

Prevent Trooper Ramos or the Highway Patrol from retaliating due to this filing or previous complaints.

### 5. Any Further Relief

Grant any other relief the Court finds proper and necessary.

# VI. CONCLUSION

For these reasons, Plaintiff requests that this Court GRANT this Motion and issue a Protective Order safeguarding the Tribe, its leadership, and its trust property against further unlawful interference.

## Respectfully submitted,

*Prime Minister William T. Frazier*

**William Thomas Frazier**

Prime Minister

Occupant of the Executor Office

Nazarite Bushmen Tribe Estate

Date: 12/3/2025



FILED
DATE: November 26, 2025
TIME: 2:15:36 PM
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT
BY: J. Wright

2025030935      00185
FORSYTH CO, NC FEE $26.00
PRESENTED & RECORDED:
09-02-2025 04:57:36 PM
LYNNE JOHNSON
REGISTER OF DEEDS
BY: ANGELA BOOE, DPTY.

BK: RE 3882
PG: 3986-3999

## The NAZARITEBUSHMENTRIBE Estate Revocable Living Trust

I, NAZARITEBUSHMENTRIBE Estate, presently of Winston Salem, North Carolina, (the "Grantor") declare and make this revocable living trust (the "Living Trust"). This Living Trust will be known as The NAZARITEBUSHMENTRIBE Estate Revocable Living Trust.

### Trust Purpose

1. This Living Trust is created for the benefit of the Beneficiaries to ensure they are well provided for after the death of the Grantor; however during the lifetime of the Grantor, the interests of the Grantor will be considered primary and superior to the interests of the Beneficiaries. With this purpose, the primary asset management goal for this Living Trust will be the protection of the value of the Property. The secondary asset management goal for this Living Trust is to generate income and growth at a reasonable risk.

### Trustee

2. During the lifetime of the Grantor, and while the Grantor is not Incapacitated, the Grantor will serve as the primary trustee (the "Primary Trustee") and the Acting Trustee of this Living Trust.

3. Upon the death of or during the Incapacity of the Grantor, then william frazier of Winston Salem, North Carolina (the "Successor Trustee") will serve as the Acting Trustee of this Living Trust. If the Grantor should recover such that they are no longer considered Incapacitated then the Grantor will resume their control of the management of this Living Trust.

### Beneficiaries

4. Upon the death of the Grantor, the following individual(s) will comprise the beneficiaries (the "Beneficiaries") of this Living Trust:

   a. The residuary beneficiary, _____ of _____, North Carolina; and

   b. Any heir or issue of those beneficiaries that is entitled to a benefit under this Living Trust in the place of any then deceased beneficiary.

Page 1 of 14

Original to: William Frazier

# Acknowledgement

STATE OF _North Carolina_

COUNTY OF _Forsyth_

I certify that _William Thomas Frazier_ personally appeared before me this day, acknowledging to me that he or she signed the foregoing document: _Affidavit of US National Identification_
<div style="text-align:center;font-size:smaller">Name or description of attached document</div>

I further certify that (select one of the following identification options):

☐ I have personal knowledge of the identity of the principal(s)

☑ I have seen satisfactory evidence of the principal's identity, by a current state or federal identification with the principal's photograph in the form of a _NC DL_
<div style="text-align:right;font-size:smaller">type of identification</div>

☐ A credible witness, _____, has sworn or affirmed to me the
<div style="text-align:center;font-size:smaller">name of credible witness</div>
identity of the principal, and that he or she is not a named party to the foregoing document, and has no interest in the transaction.

Date: _Sept. 5, 2025_

_(Official Seal)_

_Nancy Randall_
Notary Public

_Nancy Randall_
Typed or Printed Notary Name

My commission expires: _1/15/30_

(Notary seal: NANCY RANDALL — NOTARY PUBLIC — FORSYTH COUNTY, NC)

I *Sir William Thomas...Frazier* DO AFFIRM AND ATTEST TO THE FOREGOING BEING THE CHIEF OF THE NAZARITE BUSHMEN TRIBE (NBT) AS WELL AS THE TRUSTEE , BENEFICIARY AND OCCUPIENT OF THE EXECUTIVE OFFICE OF THE NAZARITE BUSHMEN TRIBE, ESTATE.

# JURAT

Subscribed & Affirmed to before me a Notary Public on this day, the _Yth_ Day of _September_ in the Year of our lord Yahweh EL shaddai 2025.

By _William Thomas Frazier_ who proved to me on the basis of satisfactory evidence to be the person or person(s) who appeared before me.

_____
NOTARY SEAL

ELAINA SHOAF
NOTARY
PUBLIC
MECKLENBURG COUNTY, NC

exp 6/30/27

AUG 0 2 2023

OF SUPERIOR COURT

2019045001     00208
FORSYTH CO, NC FEE $406.00
NON-STANDARD DOC FEE $25.00

PRESENTED & RECORDED:
11-07-2019 02:57:44 PM
LYNNE JOHNSON
REGISTER OF DEEDS
BY: OLIVIA COYLE
ASST
BK: RE 3491
PG: 4204-4313

NON-STANDARD DOCUMENT     William Frazier
Orig. to mailed.     201 Taylor St.
                     Lospie  27101



# The Declaration of the Nazarite Bushmen Tribe
# of the Indigenous Hebrew Nation

1/6/2016 Rbiyiy

# NOTICE

OF THE NAZARITE BUSHMEN TRIBE,ESTATE.
INTERNATIONAL NOT FOR-PROFIT RELIGIOUS SOCIETY
PERMANENT CONVENIENCE PLATES !!!

**WITHOUT PERJURY, PREJUDICE OR PIRACY**



WITH ALL RIGHTS RESERVED

# NOTICE

OF THE NAZARITE BUSHMEN TRIBE,ESTATE.
INTERNATIONAL NOT FOR-PROFIT RELIGIOUS SOCIETY
PERMANENT CONVENIENCE PLATES !!!

**WITHOUT PERJURY, PREJUDICE OR PIRACY**



WITH ALL RIGHTS RESERVED

I _Sir William Thomas Frazier_ DO AFFIRM AND ATTEST TO
THE FOREGOING BEING THE CHIEF OF THE NAZARITE BUSHMEN
TRIBE (NBT) AS WELL AS THE TRUSTEE , BENEFICIARY AND
OCCUPIENT OF THE EXECUTIVE OFFICE OF THE NAZARITE
BUSHMEN TRIBE, ESTATE.

# JURAT

Subscribed & Affirmed to before me a Notary Public on this day, the _8th_ Day of
_September_ in the Year of our lord Yahweh EL shaddai 2025.

By _William Thomas Frazier_ who proved to me on the
basis of satisfactory evidence to be the person or person(s) who appeared before me.

_____
NOTARY SEAL

exp 6/30/27

ELAINA SHOAF
NOTARY
PUBLIC
MECKLENBURG COUNTY, NC

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Prime Minister Frazier 336 837 8293

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

NAZARITE BUSHMEN TRIBE Estate
3508 Chevy Chase ST
Winston Salem , NC 27107, USA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME FLOW MOTORS OF WINSTON SALEM | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS 465 Silas Creek Parkway | CITY Winston Salem | STATE NC | POSTAL CODE 27107 | COUNTRY USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION A automobile distributor | 1f. JURISDICTION OF ORGANIZATION Forsyth County | 1g. ORGANIZATIONAL ID #, if any 56-2121218 ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME BANK OF AMERICA | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS 1209 Silas Creek Parkway | CITY Winston Salem | STATE NC | POSTAL CODE 27107 | COUNTRY USA |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION BANK FOR Consumer's | 2f. JURISDICTION OF ORGANIZATION Forsyth County | 2g. ORGANIZATIONAL ID #, if any 56-0906609 ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME Prime Minister Frazier | FIRST NAME William | MIDDLE NAME Thomas | | SUFFIX |
| 3c. MAILING ADDRESS 3508 Chevy Chase st | CITY Winston Salem | STATE NC | POSTAL CODE 27107 | COUNTRY USA |

4. This FINANCING STATEMENT covers the following collateral:
The collateral listed below are equitable INTEREST proper of the NAZARITE BUSHMEN TRIBE, Administered only by the named Trustee, Beneficiary(s) & Executor
THE CROCKET ESTATE ASSOCIATED ACC# 22AB508377/ 22CR5376/ AS50K-119643
THE WILLIAM THOMAS FRAZIER ESTATE ACC# 251-439441 ANY PROPERTY HELD IN OR UNDER ESCROW
FIRE LIFE MINISTRIES OF YAHWEH. ANY & all named debtor listen or not are hereby put on notice to cease & desist all trade sale Exchange ex. of all equitable proper in interest and release all real property of interest. This UCC Lien
is set to expire the same day of resolution that is agreed upon by the creditor (s) listed herein WHICH
PREDATES ANY CLAIM OF PRESUMED AUTHORITY OR ANY FAUDULANT FORGED POWER OF ATTORNY Which Solay REST IN THE HEAD OF THE TRIBE WITH A Habeas of Equity Attached
NOTICE TO THE AGENT IS NOTICE TO THE PRINCABLE NOTICE TO THE PRINCAPLE IS NOTICE TO THE AGENT & ALL AGENCIES
FILLED BY THE ACCUPANT OF THE EXECUTIVE OFFICE OF THE NAZARITE BUSHMEN TRIBE ESTATE!!!!!

FILED
DATE: November 26, 2025
TIME: 2:09:39 PM
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT
BY: J. Wright

| 5. ALTERNATIVE DESIGNATION [if applicable] | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | X AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | All Debtors | Debtor 1 | Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

## Filing Number-202511158575712

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME  FLOW MOTORS OF WINSTON SALEM

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME   STATE OF NORTH CAROLINA

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS 175 N Chestnut St | CITY Winston Salem | STATE NC | POSTAL CODE 27107 | COUNTRY USA |
|---|---|---|---|---|

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION County Court | 11f. JURISDICTION OF ORGANIZATION Forsyth County | 11g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|

**12. [X] ADDITIONAL SECURED PARTY'S or [ ] ASSIGNOR S/P'S NAME** - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME  Crockett | FIRST NAME Kenisha | MIDDLE NAME  k | SUFFIX |
|---|---|---|---|

| 12c. MAILING ADDRESS  111 NW 25th ST | CITY Winston Salem | STATE NC | POSTAL CODE 27105 | COUNTRY USA |
|---|---|---|---|---|

13. This FINANCING STATEMENT covers [ ] timber to be cut or [ ] as-extracted collateral, or is filed as a [ ] fixture filing.

14. Description of real estate:

16. Additional collateral description:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a [ ] Trust or [X] Trustee acting with respect to property held in trust or [ ] Decedent's Estate
18. Check only if applicable and check only one box.
[ ] Debtor is a TRANSMITTING UTILITY
[ ] Filed in connection with a Manufactured-Home Transaction — effective 30 years
[ ] Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

FILED
DATE: November 26, 2025
TIME: 2:06:48 PM
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT
BY: J. Wright

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
frazier, william thomas

**B. EMAIL CONTACT AT FILER (optional)**
malachlawbiy@gmail.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

WILLIAM THOMAS FRAZIER Estate.
3508 chevy chase street
Winston Salem, NC 27107

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| WILLIAM THOMAS FRAZIER,Estate. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 523 WEST 166 St | HARLEM | NY | 10032 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Frazier | William | Thomas | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3508 chevy chase street | Winston Salem | NC | 27107 | UMI |

**4. COLLATERAL:** This financing statement covers the following collateral:

See Attachment

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

**12. ADDITIONAL SPACES FOR ITEM 4(Collateral)**

All property belongs to the debtor, belongs to the secured party,
the debtor is the Transmitting utility. The debtor is the Estate.,
in which the TRUST operates under. All private property & " Security Interest" in New York " CERTIFICATE OF LIVE BIRTH"
# 156-79-120335. ALL BIRTH CERTIFICATES (S) & INTEREST THERE IN RECORD. All interest, SSN Security #, Securities &
private property Contained in Commercial Security Agreement

# M14@LS13 Being
#WTF91479-CSA

(1) 2000 Chevy Suburban 1500
VIN # 3GNFK16T5YG1233111
Title # 779771231041126

(2) 2006 Kia Sedona Nini Van
VIN# KNDMB233966025837

(3) SSN Ac# 251430441

(4) ALL Entrust held in Escrow Accounts by the STATE OF NORTH CAROLINA
# being
05CR03579/ 05CR040193/ 07CR062171/ 08CR055497
20CR60695/ 20CR60696/ 10CRS1024/ 10CR050077/
10CR050030/ 10CR050076/ 10CR050312/ 10CRS1025/
10CRS1032

& ALL Associated accounts IN ANY OF THE Estate. DERIVATIVES
BEING
WILLIAM THOMAS FRAZIER / FRAZIER WILLIAM THOMAS/ FRAZIER T WILLIAM/ (WU) OR Maluch lawbiy which is my
spiritual Elysion

# UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 18a. ORGANIZATION'S NAME |
| --- |
| **WILLIAM THOMAS FRAZIER,Estate.** |

OR

| 18b. INDIVIDUAL'S SURNAME |
| --- |
| FIRST PERSONAL NAME |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| OR 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| OR 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| OR 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**22.** ☑ ADDITIONAL SECURED PARTY'S NAME _or_ ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| OR 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| frazier | william | thomas | |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3508 chevy chase st | Winston Salem | NC | 27107 | UMI |

**23.** ☐ ADDITIONAL SECURED PARTY'S NAME _or_ ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| OR 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**24. MISCELLANEOUS:**

Case 1:26-cv-00007     Document 1     Filed 12/23/25     Page 81 of 135

Ex B of Attached

Law Enforcement Case No. 230602-00726   L/D No.

MINT HILL POLICE DEPARTMENT

**MAGISTRATE'S ORDER**

**THE STATE OF NORTH CAROLINA**

STATE OF NORTH CAROLINA

In The General Court Of Justice
District Court Division

MECKLENBURG       County

Name And Address Of Defendant
WILLIAM THOMAS FRAZIER
600

WINSTON-SALEM      NC      27101

(336) 837-8293

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| B | M | 09/14/1979 | 43 |

Name Of Defendant's Employer

Date Of Offense
06/02/2023

☐ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan

Date Of Arrest & Check Digit No. (as shown on fingerprint card)
06/02/2023          NO PRNT LEA

Arresting Officer (name, address or department)
Michael Heaton

MINT HILL POLICE DEPARTMENT
PO BOX 690940

MINT HILL      NC      28227
MECKLENBURG

Witness Information

**THE STATE OF NORTH CAROLINA VS.**

**OFFENSE(S)** (see AOC-CR-116 Continuation(s) for charging text)

| Count No. | Offense | Offense in Violation of G.S. | Offense Code |
|---|---|---|---|
| 1 | F – POSSESSION OF FIREARM BY FELON | 14-415.1 | 5224 |
| 2 | F – PWISD MARIJUANA | 90-95(A) | 3544 |
| 3 | F – MAINTN VEH/DWELL/PLACE CS (F) | 90-108(A)(7) | 9968 |
| 4 | M – CARRYING CONCEALED GUN(M) | 14-269(A1) | 5240 |
| 5 | M – MISDEMEANOR CHILD ABUSE | 14-318.2 | 3834 |

I, the undersigned, find that the defendant named above has been arrested without a warrant and the defendant's detention is justified because there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully, and feloniously did commit the offense(s) set forth above and on the attached AOC-CR-116 Continuation(s), which is (are) incorporated by reference.
This act(s) was in violation of the law referred to in this Magistrate's Order. This Magistrate's Order is issued upon information furnished under oath by the arresting officer(s) shown. A copy of this Order has been delivered to the defendant.

Date Issued
06/03/2023

Name Of Issuing Official
Christopher Terry

Signature

☐ Magistrate  ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court
☐ District Court Judge  ☐ Superior Court Judge

**WAIVER OF PROBABLE CAUSE HEARING**

Location Of Court
Courtroom 5130-Mecklenburg County Courthouse

Court Date
06/05/2023

Court Time
9:00 AM

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

Date Waived          Name Of Attorney          Signature Of Attorney

Signature Of Defendant

| STATE VERSUS | MECKLENBURG County | File No. 23CR324001-590 |
|---|---|---|

Name Of Defendant
WILLIAM THOMAS FRAZIER

Date Of Issuance Of Magistrate's Order
06/03/2023

NOTE: *Use this page to set forth the charging text for each offense listed on the AOC-CR-116. G.S. 15A-924(a)(5).*

## OFFENSES (continued)

**Count 1.   Offense: F - POSSESSION OF FIREARM BY FELON**

*Charging Text For This Count*
On or about the date of offense shown and in the county named above the defendant unlawfully, willfully, and feloniously did possess a Black 9mm Palmetto State Armory handgun (S/N jjc21129) and a small black .22 cal revolver with pearl grips (S/N 310172), which is a firearm . The defendant has previously been convicted of the felony of Robbery with Dangerous Weapon which was punishable 11 Years and 9 Months . This felony was committed on 01/04/2010 and the defendant was convicted of the felony on 01/27/2011 in Yadkin County North Carolina and was sentenced to 8 years 1 Month .

**Count 2.   Offense: F - PWISD MARIJUANA**

*Charging Text For This Count*
On or about the date of offense shown and in the county named above the defendant unlawfully, willfully, and feloniously did possess with the intent to sell a controlled substance, namely 7.7 Ounces of marijuana, which is included in Schedule VI of the North Carolina Controlled Substances   Act.

Continuation Page ____ of ____ Continuation Pages

*Ex C 3 Attached*

ADDITIONAL SPECIAL CONDITIONS EXIST. PRESS PF4 FOR DETAILS
590 MECKLENBURG              ICA INQUIRY 01  23CR 324001     FILM:
DISPOSED                     R  S DOB/AGE     CR     FILING DATE: 060523
MAGISTRATE ORDER             B  M 09141979 DL#: 22728817              NC
FRAZIER,WILLIAM,THOMAS                    CIT#:        TRIAL DATE: 080323
600                                   CSLR:       CSLRC:        PM
UNKNOWN          NC  27101  DEF ATTY:                 TYP:      VRA: Y
CHG/ARRN OFFN: F POSSESSION OF FIREARM BY FELON      14-415.1
COMPLAINANT: HEATON,MICHAEL            CPD ISSUED: 060323    SERVED: 060323
OFFN DATE: 060223    ARRN DATE:        MOTIONS DATE:      DISP DATE: 080323
CONT. D: 00 S: 00 C: 00 NR: 00 INT?: N FRM:  RSONCO:    GANG REL:  DV CV: N

PLEA VER MOD    FINE      COSTS    WCC   REST    JUDGE    PAID    TO-BE-PAID
        VD   $          $               $
CONV OFFN:                                                 CAB:
SENT LEN:        -       SENT TYPE:          CONS F/JGMT:
PROB:                       WITHDRAWN:       APPEALED TO SUPERIOR:
AREA CD:    ACCD:  HWY:        V LIC:            TRANS TO SUPERIOR:
CDL: N  CMV: N  HAZ: N   TRP/DIST:    V ST:    V TYP:     APPELLATE:
DISMISSED - NO PLEA AGREEMENT

ARREST DATE:       CHECK DIGIT:      SID:           LID:
NEXT#:              PF2 - NAME INQUIRY              ADDL CHARGES: Y

ADDITIONAL SPECIAL CONDITIONS EXIST. PRESS PF4 FOR DETAILS
590 MECKLENBURG              ICA INQUIRY 02  23CR 324001     FILM:
DISPOSED                     R  S DOB/AGE     CR     FILING DATE: 060523
MAGISTRATE ORDER             B  M 09141979 DL#: 22728817              NC
FRAZIER,WILLIAM,THOMAS                    CIT#:        TRIAL DATE: 080323
600                                   CSLR:       CSLRC:        PM
UNKNOWN          NC  27101  DEF ATTY:                 TYP:      VRA: Y
CHG/ARRN OFFN: F PWISD MARIJUANA                     90-95(A)
COMPLAINANT: HEATON,MICHAEL            CPD ISSUED: 060323    SERVED: 060323
OFFN DATE: 060223    ARRN DATE:        MOTIONS DATE:      DISP DATE: 080323
CONT. D: 00 S: 00 C: 00 NR: 00 INT?: N FRM:  RSONCO:    GANG REL:  DV CV: N

PLEA VER MOD    FINE      COSTS    WCC   REST    JUDGE    PAID    TO-BE-PAID
        VD   $          $               $
CONV OFFN:                                                 CAB:
SENT LEN:        -       SENT TYPE:          CONS F/JGMT:
PROB:                       WITHDRAWN:       APPEALED TO SUPERIOR:
AREA CD:    ACCD:  HWY:        V LIC:            TRANS TO SUPERIOR:
CDL: N  CMV: N  HAZ: N   TRP/DIST:    V ST:    V TYP:     APPELLATE:
DISMISSED - NO PLEA AGREEMENT

ARREST DATE:       CHECK DIGIT:      SID:           LID:
NEXT#:              PF2 - NAME INQUIRY              ADDL CHARGES: Y

ADDITIONAL SPECIAL CONDITIONS EXIST. PRESS PF4 FOR DETAILS
590 MECKLENBURG          ICA INQUIRY 03  23CR 324001      FILM:
DISPOSED                 R  S DOB/AGE       CR     FILING DATE: 060523
MAGISTRATE ORDER         B  M 09141979 DL#: 22728817                  NC
FRAZIER,WILLIAM,THOMAS                 CIT#:         TRIAL DATE: 080323
600                            CSLR:        CSLRC:        PM
UNKNOWN        NC  27101  DEF ATTY:                 TYP:     VRA: Y
CHG/ARRN OFFN: F MAINTN VEH/DWELL/PLACE CS (F)        90-108(A)(7)
COMPLAINANT: HEATON,MICHAEL          CPD ISSUED: 060323   SERVED: 060323
OFFN DATE: 060223    ARRN DATE:        MOTIONS DATE:      DISP DATE: 080323
CONT. D: 00 S: 00 C: 00 NR: 00 INT?: N FRM:  RSONCO:    GANG REL:  DV CV: N


PLEA VER MOD     FINE        COSTS     WCC     REST     JUDGE    PAID    TO-BE-PAID
          VD    $          $                  $
CONV OFFN:                                              CAB:
SENT LEN:          -       SENT TYPE:          CONS F/JGMT:
PROB:                      WITHDRAWN:          APPEALED TO SUPERIOR:
AREA CD:    ACCD:  HWY:          V LIC:        TRANS TO SUPERIOR:
CDL: N  CMV: N  HAZ: N   TRP/DIST:   V ST:    V TYP:     APPELLATE:
DISMISSED - NO PLEA AGREEMENT


ARREST DATE:       CHECK DIGIT:       SID:         LID:
NEXT#:             PF2 - NAME INQUIRY            ADDL CHARGES: Y

ADDITIONAL SPECIAL CONDITIONS EXIST. PRESS PF4 FOR DETAILS
590 MECKLENBURG          ICA INQUIRY 04  23CR 324001      FILM:
DISPOSED                 R  S DOB/AGE       CR     FILING DATE: 060523
MAGISTRATE ORDER         B  M 09141979 DL#: 22728817                  NC
FRAZIER,WILLIAM,THOMAS                 CIT#:         TRIAL DATE: 080323
600                            CSLR:        CSLRC:        PM
UNKNOWN        NC  27101  DEF ATTY:                 TYP:     VRA: Y
CHG/ARRN OFFN: M CARRYING CONCEALED GUN(M)           14-269(A1)
COMPLAINANT: HEATON,MICHAEL          CPD ISSUED: 060323   SERVED: 060323
OFFN DATE: 060223    ARRN DATE:        MOTIONS DATE:      DISP DATE: 080323
CONT. D: 00 S: 00 C: 00 NR: 00 INT?: N FRM:  RSONCO:    GANG REL:  DV CV: N


PLEA VER MOD     FINE        COSTS     WCC     REST     JUDGE    PAID    TO-BE-PAID
          VD    $          $                  $
CONV OFFN:                                              CAB:
SENT LEN:          -       SENT TYPE:          CONS F/JGMT:
PROB:                      WITHDRAWN:          APPEALED TO SUPERIOR:
AREA CD:    ACCD:  HWY:          V LIC:        TRANS TO SUPERIOR:
CDL: N  CMV: N  HAZ: N   TRP/DIST:   V ST:    V TYP:     APPELLATE:
GRAND JURY


ARREST DATE:       CHECK DIGIT:       SID:         LID:
NEXT#:             PF2 - NAME INQUIRY            ADDL CHARGES: Y

```
   ADDITIONAL SPECIAL CONDITIONS EXIST. PRESS PF4 FOR DETAILS
590 MECKLENBURG            ICA INQUIRY 05  23CR 324001      FILM:
DISPOSED                   R  S DOB/AGE      CR    FILING DATE: 060523
MAGISTRATE ORDER           B  M 09141979 DL#: 22728817              NC
FRAZIER,WILLIAM,THOMAS                 CIT#:          TRIAL DATE: 080323
600                              CSLR:     CSLRC:          PM
UNKNOWN         NC  27101  DEF ATTY:                 TYP:       VRA: Y
CHG/ARRN OFFN: M MISDEMEANOR CHILD ABUSE            14-318.2
COMPLAINANT: HEATON,MICHAEL          CPD ISSUED: 060323   SERVED: 060323
OFFN DATE: 060223    ARRN DATE:       MOTIONS DATE:      DISP DATE: 080323
CONT. D: 00 S: 00 C: 00 NR: 00 INT?: N FRM:   RSONCO:    GANG REL:   DV CV: N


PLEA VER MOD    FINE      COSTS    WCC   REST     JUDGE    PAID   TO-BE-PAID
           VD  $          $              $
CONV OFFN:                                                  CAB:
SENT LEN:         -       SENT TYPE:          CONS F/JGMT:
PROB:                     WITHDRAWN:          APPEALED TO SUPERIOR:
AREA CD:    ACCD:  HWY:        V LIC:         TRANS TO SUPERIOR:
CDL: N  CMV: N  HAZ: N   TRP/DIST:    V ST:     V TYP:     APPELLATE:
GRAND JURY


ARREST DATE:         CHECK DIGIT:      SID:         LID:
NEXT#:               PF2 - NAME INQUIRY            ADDL CHARGES:
```

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

File # (COUNT ONE)
Film # 24CR043151

The State of North Carolina

vs.

William Thomas Frazier,
B/M, DOB 09/14/1979,
600 Hutton Street,
Winston, Salem, North Carolina
Defendant.

In the General Court of Justice
Superior Court Division

August 19, 2024

POSSESSION OF FIREARM BY FELON
G. S. 14-415.1

THE JURORS FOR THE STATE UPON THEIR OATH PRESENT that on or about the 2nd day of June, 2023, in Mecklenburg County, William Thomas Frazier unlawfully, willfully and feloniously did possess and have in his custody, care and control a firearm. William Thomas Frazier was convicted of the felony of Robbery With a Dangerous Weapon. That offense was committed on January 4, 2010, and the defendant was convicted of the felony on January 27, 2011, in the Superior Court of Yadkin County, North Carolina, and was sentenced to imprisonment for a term of eight (8) years and one (1) month in the custody of the Division of Adult Correction of the North Carolina Department of Public Safety.

_____
Assistant District Attorney

*********************************************************************************

WITNESSES:

M. Heaton, MHPD
*********************************************************************************

The witnesses marked "X" were sworn by the undersigned foreman and examined before the grand jury, and the bill was found to be __X__ a true bill by twelve or more grand jurors _____ not a true bill.

I hereby certify that __13__ members of the grand jury concurred in finding that to be a true bill of indictment.

This __19__ day of __August__, 20_24_.

_____
Grand Jury Foreman

VD-TO-GJ  23-CR-324001          23-0603-105799                         VCL
Charge Number: 5224            PID:

NON-NEGOTIBLE ACCEP... FOR
VALUE APPROVED FOR PAYMENT
By [signature]

Accepts for value this Presentment & related endorsement(s)
front & back in accordance with UCC3-419 &
HJR 192 of June 5, 1933, 73d Congress, 1st Session at 4:30pm

EXEMPT FROM LEVY. PREPAID
WILLIAM THOMAS FRAZIER, ESTATE.
€ 53-430441

IT IS UNLAWFUL TO PRINT THIS
FORM WITHOUT WRITTEN
CONSENT OF HOME OFFICE

VOID IF NOT
USED BY **DECEMBER 31, 2023**

BAIL ONLY
POWER AMOUNT
POWER OF ATTORNEY

## BANKERS INSURANCE COMPANY

P.O. Box 33015 • St. Petersburg, Florida 33733 • 877-778-5245

Bailassist@BankersSuretyCorp.com

555288839-4

KNOW ALL MEN BY THESE PRESENTS: that Bankers Insurance Company, a corporation duly organized and existing under the laws of the State of Florida, has made pursuant to Article IV, Section 11 of the By-Laws, which was adopted by the Directors of the said company, and is now in effect, does constitute and to which it is and in its said appoint, and by these presents does make, constitute and appoint below named Attorney-in-Fact for it and in its said assen, place and stead, to execute, seal and deliver for and on its behalf and as its agent its true and lawful bail bond only. Authority of such Attorney-in-Fact is limited to appearance bonds only. This power must be filed with the court as a permanent court record, to obligate the Attorney-in-Fact is limited to appearance bonds. This power must be filed with the court as a permanent surety for the Defendant's future lawful conduct, court imposed conditions, restitution, or fines costs, restitution or any other circumstances not specifically related to court appearances.

This Power of Attorney is for use with Bail Bonds for State, County and Municipal Courts only. Not valid in Federal Court nor if used in connection with Federal Immigration Bonds. This power shall be void if its original format has been altered, if it exceeds the maximum amount listed, is used with other powers of this or any other surety company to cover one bond amount, or is used by an individual who is not authorized to execute surety bonds on behalf of Bankers Insurance Company.

THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF THIS STATED FACE AMOUNT AND PROVIDED THIS Power of Attorney is filed with the bond and retained as a part of the court records. The said Attorney-in-Fact is hereby authorized to insert in this Power of Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, BANKERS INSURANCE COMPANY has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be hereunto affixed this _____ day of _____

S.S.#:

Court Case #: 2212314601-5710

Defendant: William Thomas Frazier

Bond Amount $ 5,000

Appearance Date 1/4/2023    Premium $ 500.00

City Court Date District
Offense Possession of firearm by convicted felon
Offense Possession of firearm by convicted felon
Offense Possession of firearm by convicted felon

Executing Agent

If Rewrite, Original #
BICS9200A-050222

**BANKERS INSURANCE COMPANY**

ROBERT G. MENKE, President

## MECKLENBURG COUNTY ARREST PROCESSING CENTER

**ARREST SHEET**

| | |
|---|---|
| OFA-FTC | |
| OFA-GJI | |
| Visual | X |
| Visual Traffic | |

**NARRATIVE**

On 6/2/2023, at 2053 hours, Officer Heaton was traveling west bound behind a white Suburban Displaying a fictitious registration plate. Officer Heaton observed the vehicle get into the left turn lane to turn onto Wilgrove-Mint Hill Road. Officer Heaton initiated a traffic stop at Perry's Market (9727 Wilgrove-Mint Hill Road). Officer Heaton made a passenger side approach and observed a child who appeared to be under the age of two in a front facing child restraint in the front passenger seat of the car with two adults in the back seats. Officer Heaton spoke with the driver and requested his identification and registration to the vehicle. Officer Heaton was handed a Foreign National Identification card that stated it was from The Republic of Malachi. The identification card identified him as Malach Lawbly (09-14-1979) Officer Heaton attempted to locate a record under this name and date of birth through Pineville Communication but was unable to. Officer Heaton spoke with the driver again who advised that his birth name was William Frazier. Officer Heaton ran this name and date of birth through Pineville Communication and was advised that Frazier was indefinitely suspended.

While Officer Heaton was writing a citation for Frazier, K9 Officer McNamara utilized his K9 and advised that there was an alert on the vehicle giving officers probable cause to search the vehicle. A search of the vehicle was conducted and Officers located a firearm, a black Palmetto State Armory Dagger 9mm in the center console along with a bag full of marijuana. Officers also located several more bags full of marijuana in the back of the vehicle in a lunch box. The total weight of the marijuana was 7.7 ounces of marijuana. Officers also located a scale along with numerous small plastic zip style bags that is indicative of the selling of narcotics. Officers also located another firearm, a small .22 caliber black revolver with pearl grips loaded in the back of the vehicle. Frazier Made spontaneous utterances about knowing about the firearms and the marijuana in the vehicle. Frazier admitted to the marijuana and the firearm in the lunchbox being his.

Frazier was arrested for several felony charges (Firearm by Felon, Robery w/ Dangerous Weapon) on 1/4/2010 in Yadkin County. Frazier's last Felony Conviction was for Robbery With a Dangerous Weapon in Yadkin County. Frazier was charged on 01/04/2010. Frazier was convicted on 1/27/2011. Frazier had a consolidated indictment for several felony charges on 1/27/11 and served 8 years and 1 month in prison.

I, Officer _M. Heaton_ code# _MH113_ of
_Mint Hill PD_, am presenting sworn oral testimony to the Magistrates' Office, seeking the above charges against
_William Frazier_

Officer's Signature _M. Heaton_      Date _6/3/23_

 

# AFFIDAVIT OF DISMISSAL

**TO:** [Court / Tribunal]

**FROM:** William Thomas Frazier, Prime Minister, Nazarite Bushmen Tribe

**RE:** Request for Immediate Dismissal of All Charges

**WHEREAS:**

- The Prime Minister was unlawfully detained for **80 days**;

- The original accusation arose from protected **religious expression** on a tribal conveyance vehicle (trust property);

- Charges escalated to **firearm possession by a convicted felon** without criminal intent;

- The case was initially dismissed and later reopened **without notice**;

- Bonds totaling **$125,000** were imposed over 2023–2025;

**NOW, THEREFORE:**

I, **William Thomas Frazier**, acting under **spiritual conviction** and fiduciary authority, respectfully Demand the Court:

1. Dismiss all charges and convictions immediately;

2. Cease any further State interference;

3. Recognize the tribal authority and PMA jurisdiction;

4. Restore all rights, privileges, and property.

# 3. WRIT OF HABEAS CORPUS

**TO:** [Appropriate Court]

**PETITIONER:** William Thomas Frazier, Prime Minister, Nazarite Bushmen Tribe

**RESPONDENT:** State of North Carolina

**SUBJECT:** Unlawful Detention / Excessive Bond

**PETITION:**

1. The Prime Minister was detained **80 days unlawfully** for exercising **religious expression** on tribal conveyance trust property;

2. The case was escalated without criminal intent, reopened **without notice**;

3. Bond was imposed in two increments: **$50,000 in 2023** and **$75,000 in 2025**;

4. Such detention violates the **Fourth, Fifth, Eighth, First, and Fourteenth Amendments**, and North Carolina statutory protections.

**PRAYER:**

Immediate release, correction of official records, and restoration of all rights and privileges under constitutional, statutory, and tribal authority.

# 4. CIVIL COMPLAINT FOR DAMAGES

**COURT:** [Civil Court, North Carolina]

**PLAINTIFF:** William Thomas Frazier, Prime Minister, Nazarite Bushmen Tribe

**DEFENDANT:** State of North Carolina

**CAUSES OF ACTION:**

1. **Unlawful Detention / Constitutional Violations** – 80-day detention without proper notice or probable cause;

2. **Due Process Violation** – Case reopened without notification;

3. **Excessive Bail / Bond Imposition** – Total $125,000;

4. **Violation of Religious Expression and Tribal Authority** – Display of tribal conveyance plates;

**PRAYER FOR RELIEF:**

- Immediate dismissal of all charges;

- Monetary and compensatory damages for unlawful detention and bond costs;

- Restoration of property, rights, and privileges;

- Recognition of tribal PMA authority;

- Any further relief deemed just and proper.

# 5. TRIBAL MANDATE / NOTICE

**TO:** State Authorities, Courts, and Agencies

**FROM:** William Thomas Frazier, Prime Minister & Occupant of the Executor Office

**SUBJECT:** Restoration of Rights and Recognition of Tribal Authority

**NOTICE:**

1. The Prime Minister is a recognized tribal member and head of the Nazarite Bushmen Tribe;

2. Detained **80 days unlawfully,** with case reopened **without notice;**

3. All actions arose from **tribal trust property and protected religious expression;**

4. Tribal authority and PMA jurisdiction over this matter is **hereby asserted;**

5. The State is hereby notified to **restore all rights, privileges, and property,** and cease further interference.

# 6. DECLARATION

I, **William Thomas Frazier**, Prime Minister and Occupant of the Executor Office of the Nazarite Bushmen Tribe Estate, affirm that all statements herein are **true, correct, and complete** under **spiritual conviction** and personal knowledge.

Executed this ___19___ day of _November_ , 20.25

**William Thomas Frazier**
Prime Minister & Occupant of the Executor Office
Nazarite Bushmen Tribe Estate

 

# AFFIDAVIT OF NOTICE REGARDING OFFSET AND REFUND AUTHORITY

*(Prepared under 26 U.S.C. § 6402 — Authority to Make Credits or Refunds)*

**Executor Office of the Estate of:**
**[WILLIAM THOMAS FRAZIER ESTATE]**
**Occupant:** *William Thomas Frazer*
**County of Forsyth**
**State of North Carolina**

## I. Purpose of Notice

This Affidavit provides notice concerning the statutory provisions of **26 U.S.C. § 6402**, which governs the authority of the Secretary of the Treasury to credit or refund any overpayment of internal revenue taxes, and the order in which such credits or refunds may be applied toward other debts.

## II. Statutory Summary

Under **26 U.S.C. § 6402**, the Secretary (through the Internal Revenue Service) may:

1. **Credit** any overpayment of tax toward any outstanding tax liability of the same taxpayer.

2. **Apply** the overpayment toward legally enforceable debts owed to federal agencies, state agencies, or for past-due child or spousal support, as required by law.

3. **Refund** any remaining balance of such overpayment to the taxpayer once all offsets are satisfied.

This authority operates through the **Treasury Offset Program (TOP)** to ensure lawful application of federal funds and debts.

## III. Notice of Rights and Responsibilities

The Executor Office hereby provides notice that:

1. Any offset or application of funds pertaining to the above-named Estate shall comply strictly with **26 U.S.C. § 6402**, including proper notice and accounting of all credits and deductions.

2. No offset or withholding shall occur without clear identification of the lawful debt, the agency to which it is owed, and the statutory authority for the offset.

3. Upon verification of any overpayment, the Estate expects a proper accounting, credit, or refund in accordance with the law.

## IV. Request for Accounting or Correction

If an offset, withholding, or credit has been applied without written explanation or lawful justification, the undersigned respectfully requests:

- A **complete accounting** of all offsets, refunds, and credits; and

- **Correction or refund** of any sum withheld or misapplied, pursuant to § 6402(a)–(f).

## 5. AFFIRMATION

I, the undersigned Affiant, do hereby affirm under penalty of perjury under the laws of the united States of America and under full faith and credit of the NAZARITE BUSHMEN TRIBE Estate that the foregoing is true, correct, and complete to the best of my knowledge and belief.

**Executed on this _____ day of _____, 20.**

**In the County of _____, State of**

_____.

**Signature of Affiant:** _____
William Frazer
Prime Minister / Occupant of the Executor Office
**NAZARITE BUSHMEN TRIBE Estate**

**Witness Signature:** _____

NON-COMBATIVE  NON-ABYSSALIAL NON-BELLIGERANT
NOTICE TO THE PRINCIPLE IS NOTICE TO THE AGENT NOTICE TO THE AGENT IS
NOTICE TO THE PRINCIPLE  ( **AGENT & AGENTCY**)

# Acknowledgement

STATE OF _North Carolina_

COUNTY OF _Forsyth_

I certify that _William Thomas Frazier_ personally appeared before me this day, acknowledging to me that he or she signed the foregoing document: _Affidavit of Notice Regarding Offset_
<div align="center">Name or description of attached document</div>

I further certify that (select one of the following identification options):

☐ I have personal knowledge of the identity of the principal(s)

☒ I have seen satisfactory evidence of the principal's identity, by a current state or federal identification with the principal's photograph in the form of a _NCID 22728817_
<div align="right">type of identification</div>

☐ A credible witness, _____, has sworn or affirmed to me the
<div align="center">name of credible witness</div>
identity of the principal, and that he or she is not a named party to the foregoing document, and has no interest in the transaction.

Date: _November 12, 2025_

Notary Public

_Renee Lee_
Typed or Printed Notary Name

My commission expires: _February 1, 2030_

*(Official Seal)*

 

# AFFIDAVIT

# STATEMENT OF FACTS

I am the Prime Minister of the Nazarite Bushmen Tribe Estate and act in full capacity to protect the rights, interests, and commercial affairs of the Estate and its associated entities.

I have first hand knowledge of the commercial and financial activities related to my personal and tribal records, including but not limited to credit reporting, debt collection, financial transactions, and the safeguarding of personal information.

It is a fact that **15 U.S.C. § 1681b** establishes the permissible purposes for accessing consumer reports. Any party obtaining or using my consumer report without a lawful, specific, and documented purpose is acting in violation of federal law.

It is a fact that **15 U.S.C. § 1692g** requires debt collectors to provide full validation of any alleged debt, including the amount, the creditor's name, and proof of lawful assignment or ownership. Failure to provide such validation upon request is a violation of federal law.

It is a fact that **15 U.S.C. § 1666b** mandates timely posting and crediting of payments and prohibits financial institutions from imposing charges or adverse actions based on

delayed posting not caused by the consumer. Noncompliance constitutes a violation of federal law.

It is a fact that **15 U.S.C. § 1605** governs the correct calculation of finance charges. Any misrepresentation, inflation, or failure to correctly disclose finance charges is a violation of federal law.

It is a fact that **15 U.S.C. § 6801** and **15 U.S.C. § 6802** require financial institutions to protect the security, confidentiality, and integrity of personal information, and prohibit unauthorized sharing, access, or disclosure without proper notice and lawful purpose. Any breach of these obligations constitutes a violation of federal law.

I have observed actions, inquiries, communications, or transactions that indicate possible noncompliance with one or more of the aforementioned statutes by entities engaging in commercial interactions involving my personal and tribal records.

I make this affidavit to formally establish a record of my position, my firsthand knowledge, and the statutory framework governing the commercial and financial matters that concern my personal and tribal estate.

# AFFIANT'S DECLARATION

I affirm that all statements contained within this affidavit are true and correct to the best of my knowledge and belief. I submit this affidavit voluntarily for use in legal, administrative, or commercial proceedings.




# AFFIDAVIT OF UNDERSTANDING AND NOTICE OF LAW

## UCC § 3-415 — OBLIGATION OF INDORSER

State: _North Carolina_

County: _____

**AFFIANT:** *William Frazer*, Prime Minister and Occupant of the Executor Office of the **NAZARITE BUSHMEN TRIBE Estate**, hereinafter referred to as *Affiant*, being of sound mind, competent in law, and under full authority of office, hereby makes and declares the following true, correct, and complete statement under penalty of perjury, pursuant to the Uniform Commercial Code and established principles of truth in law.


## 1. AFFIANT'S DECLARATION OF KNOWLEDGE

Affiant hereby affirms comprehension of **UCC § 3-415**, which establishes the **obligation of an indorser** in relation to negotiable instruments such as checks, drafts, and promissory notes. The indorser is secondarily liable for payment when the instrument is dishonored and proper notice of dishonor has been provided.

## 2. STATEMENT OF LAW UNDER UCC § 3-415

Pursuant to **Uniform Commercial Code Section 3-415**, the following provisions are recognized:

**(a)** An indorser promises to pay the instrument according to its terms at the time of indorsement, if the instrument is **dishonored** and the indorser is **notified of dishonor**.

**(b)** The indorser may disclaim this obligation by signing "**without recourse**" or similar language, thereby removing liability for payment upon dishonor.

**(c)** If the indorser later **reacquires the instrument**, they may cancel their indorsement or those of subsequent indorsers to discharge liability.

**(d)** The order of liability among multiple indorsers flows sequentially, with **each indorser liable to those who signed after them**, unless expressly discharged.

## 3. AFFIANT'S UNDERSTANDING AND APPLICATION

Affiant recognizes that the indorsement of any negotiable instrument constitutes a **commercial act** under UCC jurisdiction, binding the indorser under law unless proper disclaimers or conditions are recorded.

Affiant further understands that all obligations arising from indorsement are **secondary in nature**, taking effect only upon **dishonor** and **lawful notice** to the indorser.

Affiant affirms that all actions conducted under the authority of the Executor Office of the NAZARITE BUSHMEN TRIBE Estate comply with UCC § 3-415 and are executed in good faith and lawful standing.

## 4. NOTICE OF TRUTH AND DECLARATION

This Affidavit stands as notice to all public and private entities that the Affiant has full knowledge of rights, obligations, and protections under **UCC § 3-415**, and that all indorsements, transfers, or instruments executed by the Affiant or Estate are done under full authority and lawful intent.

## 5. AFFIRMATION

I, the undersigned Affiant, do hereby affirm under penalty of perjury under the laws of the united States of America and under full faith and credit of the NAZARITE BUSHMEN TRIBE Estate that the foregoing is true, correct, and complete to the best of my knowledge and belief.

**Executed on this** _____ **day of** _____, **20.**

**In the County of** _____, **State of**

_____.

**Signature of Affiant:** *Prime Minister William... Frazier*
*William Frazer*
Prime Minister / Occupant of the Executor Office
**NAZARITE BUSHMEN TRIBE Estate**

**Witness Signature:** _____

NON-COMBATIVE  NON-ABYSSALIAL NON-BELLIGERANT
NOTICE TO THE PRINCIPLE IS NOTICE TO THE AGENT NOTICE TO THE AGENT IS
NOTICE TO THE PRINCIPLE  ( **AGENT & AGENTCY)**

# Acknowledgement

STATE OF _North Carolina_

COUNTY OF _Forsyth_

I certify that _William Thomas Frazier_ personally appeared before me this day, acknowledging
to me that he or she signed the foregoing document: _Affidavit of Understanding of_
<span style="font-size:smaller">Name or description of attached document</span>
I further certify that (select one of the following identification options): _Notice of Law_

    ☐  I have personal knowledge of the identity of the principal(s)

    ☒  I have seen satisfactory evidence of the principal's identity, by a current state or
federal identification with the principal's photograph in the form of a _NCID 2272887_
                                                               <span style="font-size:smaller">type of identification</span>

    ☐  A credible witness, _____, has sworn or affirmed to me the
                                   <span style="font-size:smaller">name of credible witness</span>
identity of the principal, and that he or she is not a named party to the foregoing
document, and has no interest in the transaction.

Date: _November 12, 2025_

Notary Public _Renee Lee_

Typed or Printed Notary Name _Renee Lee_

(Official Seal)

My commission expires: _February 1, 2030_

FORSYTH COUNTY, NC · NOTARY PUBLIC · RENEE LEE

*Ex: K 6 Attached*

 

# AFFIDAVIT OF FACT

**WILLIAM THOMAS FRAZIER**
**PRIME MINISTER & OCCUPANT OF THE EXECUTOR OFFICE**
**OF THE NAZARITE BUSHMEN TRIBE ESTATE**
**REGARDING UNLAWFUL DETENTION AND CONSTITUTIONAL VIOLATIONS**

I, **William Thomas Frazier**, Prime Minister and Occupant of the Executor Office of the Nazarite Bushmen Tribe Estate, operating under **spiritual conviction** and personal knowledge, do hereby affirm and declare the following facts and legal authority concerning my **unlawful detention for 80 days** in Mecklenburg County, City of Charlotte, North Carolina.

FILED
DATE: November 26, 2025
TIME: 2:12:16 PM
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT
BY: J. Wright

# 1. PURPOSE OF THIS AFFIDAVIT

This Affidavit is submitted to:

1. Document the circumstances of my **unlawful detention** for **80 days**, including **dismissal and reopening of charges without notification;**

2. Assert the constitutional, statutory, and tribal authority protecting me as Prime Minister and tribal member;

3. Demand restoration of all rights, privileges, and property, and correction of official records.

# 2. FACTUAL BACKGROUND

1. I was detained for **80 days** by State authorities based on:

   ○ Display of **religious conveyance plates** on a tribal trust vehicle (Suburban);

   ○ Subsequent escalation into a charge of **firearm possession by a convicted felon**, even though other tribal members were **present in the private conveyance.**

2. The case was **dismissed** after I requested a **probable cause hearing**, but was later **reopened without notice** to my office.

3. I posted a **$50,000 bond in 2023** and a **$75,000 bond in 2025**.

4. No criminal intent, malice, or recklessness occurred. The detention and charges were unjust, arbitrary, and violated multiple constitutional protections

5. I was exercising **religious expression and tribal rights**, which are protected under both **federal constitutional law** and tribal governance.

# 3. CONSTITUTIONAL AND LEGAL PRINCIPLES

## A. Fourth Amendment – Protection Against Unlawful Detention

- The Fourth Amendment guarantees **freedom from unreasonable seizures**.

- **Detention for 80 days without proper notification, probable cause, or due process** constitutes a clear violation.

- **Terry v. Ohio**, 392 U.S. 1 (1968) – Stop-and-seizure must be reasonable.

- **Payton v. New York**, 445 U.S. 573 (1980) – Arrest without probable cause in private property is unconstitutional.

## B. Fifth Amendment – Due Process and Double Jeopardy

- No person shall be deprived of life, liberty, or property **without due process**.

- Reopening of a dismissed case **without notification** violates due process rights.

- **Blockburger v. United States**, 284 U.S. 299 (1932) – Prohibition against double jeopardy; cannot be punished twice for the same offense.

- **North Carolina precedent:** *State v. Banks*, 125 N.C. App. 681 (1997) – The State cannot manufacture criminal liability after dismissal.

## C. Eighth Amendment – Excessive Bail / Punishment

- The bail requirements of **$50,000 and $75,000** were **disproportionate and punitive**, especially for charges arising from religious expression on tribal property.

- **Stack v. Boyle**, 342 U.S. 1 (1951) – Bail must not be excessive relative to the alleged offense.

## D. First Amendment – Religious Expression

- Displaying **religious conveyance plates** is protected religious expression.

- **Employment Division v. Smith**, 494 U.S. 872 (1990) – Religious exercise cannot be the basis for criminal penalty absent compelling state interest.

- **Tribal governance** also recognizes the sacred and protected status of religious expression within tribal PMAs.

## E. Fourteenth Amendment – Due Process and Equal Protection

- Denial of notice when reopening the case constitutes a **procedural due process violation**.

- Disparate treatment based on tribal affiliation or religious expression violates **equal protection**.

- **State v. Powell**, 254 N.C. 231 (1961) – The State must demonstrate a real, harmed party; cannot rely solely on assumed injury.

## F. Tribal PMA Authority

- As **Prime Minister and Occupant of the Executor Office**, I act on behalf of the Nazarite Bushmen Tribe Estate.

- Tribal governance and PMA law (NAACP v. Alabama, 357 U.S. 449 (1958)) grant authority to assemble, govern, and protect members from external interference.

## 4. ILLEGAL STATE ACTIONS

1. Detention 80 days without proper notice or legal process;

2. Escalation of charges **without criminal intent**;

3. Reopening of case **without notification** to the Prime Minister's office;

4. Imposition of **excessive bond**;

5. Interference with **tribal trust property** and protected religious expression.

## 5. DEMANDS FOR REMEDY

I hereby respectfully demand:

1. Immediate dismissal of all charges and restoration of legal and tribal rights;

2. Recognition of **tribal PMA authority** and my office as Prime Minister;

3. Correction of official records to reflect lawful dismissal and protection of rights;

4. Return of all property and privileges associated with tribal office;

5. Cease and desist of further State interference in tribal affairs.

6. ALL RIGHTS TITLE AND INTEREST RETURNED

7 The rights to purchase as H.J.R 192 of 1933 provides in all of life for all of my

Tribal members,rights restored,records clean including our credit reports

## 6. DECLARATION

I, **William Thomas Frazier**, Prime Minister and Occupant of the Executor Office of the Nazarite Bushmen Tribe Estate, affirm that all statements herein are true, correct, and complete under **spiritual conviction** and personal knowledge.

Executed this _19_ day of _November_, 20._26_

**William Thomas Frazier**
Prime Minister & Occupant of the Executor Office
Nazarite Bushmen Tribe Estate

# JURAT

Subscribe & Affirmed to before me  a Notary public on this day, the _____ day of _____ in the year of our lord Yahweh el Shaddai 2025

By _____ who proved to me on the basis of satisfactory evidence to be the person or person(s) who appeared before me. _____

NOTARY SEAL

Notary public My commission Expires: _____

# Magic Questions

New Prosecutors' School
Shea Denning, School of Government
May 2019

### Audio V Evidence

1. Are you familiar with this recording system?

2. Was the system working properly at the time of the events recorded?

3. How did you obtain the recording from the system?

4. Did you provide a copy of the recording to the State?

5. Is this recording the one you copied?

6. Has the recording been edited in any way from its original version?

### Documentary Evidence

1. Are you familiar with Exhibit "A" (business records) for identification?

2. Can you identify these documents?

3. Were these documents prepared in the ordinary scope or course of the business of your company?

4. Who prepares these documents or how are they prepared?

5. Are these documents made at or near the time the events occurred?

6. Is it a regular part of your business to keep and maintain records of this type?

7. Are these documents of the type that would be kept under your custody or control?

### Illustrative Evidence

1. I hand you what has been marked (for the purpose of identification) as State's Exhibit # ___. What is State's # ___?

2. Do you recognize State's # ___?

3. What is it a picture of?

4. Did you take this picture? (Not necessary that picture be taken by witness)

5. Are you familiar with the subject matter depicted in the picture? (Optional)

3. What condition was it when you [first, last] saw it?

4. What if anything did you do with it after you seized it?

5. Has it remained in your care, custody and control since you received it?

6. Have you done anything to alter or change it in anyway?

7. Does it appear now in the same or substantially the same condition as [when you received it, first saw it or last saw it]?

FILED
DATE: November 26, 2025
TIME: 2:13:51 PM
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT
BY: J. Wright




# AFFIDAVIT AND EXECUTIVE ORDER OF THE NAZARITE BUSHMEN TRIBE

REGARDING UNLAWFUL BONDING, CREDITOR–DEBTOR VIOLATIONS, FALSE DETENTION, AND IMPROPER ATTACHMENT PROCEEDINGS

STATE OF NORTH CAROLINA – COUNTY OF MECKLENBURG
Estate: WILLIAM THOMAS FRAZIER ESTATE
Trustee / Real Party of Interest: William Thomas Frazier
Executive Authority: Prime Minister Malach Lawbiy

## I. EXECUTIVE DECLARATION OF AUTHORITY

I, Prime Minister Malach Lawbiy, Executive Head of the Nazarite Bushmen Tribe, acting in my full administrative and executive capacity on behalf of the WILLIAM THOMAS FRAZIER ESTATE, and recognizing the living soul man known as William Thomas Frazier as the Trustee and real party of interest, issue this Executive Affidavit and Order.

Pg 1-15

This document is filed pursuant to:

- NC Creditor–Debtor Law (Chapter 1, Article 35 — Attachments)

- G.S. 1-440.10 (Bond requirements for attachment)

- G.S. 1-440.12 (Grounds and affidavit required before attachment)

- G.S. 1-440.33 (Notice required)

- G.S. 1-440.36 (Judicial findings required before attachment)

- G.S. 1-440.39 (Discharge of attachment by bond)

- G.S. 1-75.10 & 1A-1 Rule 4 (Due process—service and notice required)

- NC Creditor–Debtor procedures prohibiting excessive or coercive bonding

These statutes were violated in multiple ways, resulting in severe injury to the Trustee, the Estate, and the Tribe.

2-15

# II. STATEMENT OF FACTS

1. Trustee Detained for 80 Days Without Remedy

The living man William Thomas Frazier, Trustee of the WILLIAM THOMAS
FRAZIER ESTATE, was held for 80 days without any lawful remedy,
administrative relief, or due process protections.

This violates:

- G.S. 1-75.10 (Due process requirement)

- NC Constitution, Art. I, Sec. 19 (Law of the Land Clause)

2. $50,000 Bond Paid in 2023

In 2023, a $50,000 bond was demanded and paid under threat of continued
confinement.
The charge was later dismissed, concluding the matter in full.

No return of trust property or restitution was ever issued.

Under:

- G.S. 1-440.10

- G.S. 1-440.36

...the bond obligation ended upon dismissal.

3-15

3. Case Reopened Without Notice or Service

In 2025, the same matter was unlawfully reopened without:

- Notice

- Service

- Hearing

- Motion to reopen

- Required affidavit

- Opportunity for the Trustee to appear

This violates:

- G.S. 1A-1 Rule 4 (Service required)

- G.S. 1-75.10 (Notice of action)

- G.S. 1-440.12 (Affidavit prerequisite before attachment)

- G.S. 1-440.36 (Judicial findings required)

Because these requirements were ignored, the reopening is void.

4. Forced $75,000 "Ransom Bond" in 2025

In 2025, the Trustee was again detained on the same matter and was forced under duress to pay a $75,000 bond, functioning as a ransom, not a lawful bond.

4-15

Under NC law:

- A bond obtained under duress, coercion, or unlawful detention is void

- Attachment cannot reissue on a matter previously dismissed without new findings under G.S. 1-440.33 & 1-440.36

## 5. Tribal Sacred Ground Sold Because of False Detention

Due to the false detention caused by unlawful creditor–debtor bonding practices:

- Sacred tribal ground belonging to the Nazarite Bushmen Tribe was sold off, causing severe cultural and economic injury.

- The Tribe is now forced to buy back its own land.
  At a cost of $130,000.00 which was sold that same
- company for $30,000

## 6. Trustee Lost $50,000 Contract in Boonville, NC

Because of the false arrest and detention, the Trustee lost:

- A $50,000 home improvement job

- Located in Boonville, North Carolina

This constitutes direct economic harm.

5-15

7. Trustee Became $10,000 Behind in Rent

The false detention caused the Trustee to fall:

- $10,000 behind in rent, creating additional hardship and displacement risk.

8. NC Creditor–Debtor Laws Were Violated in Every Bond

Each bond violated the following requirements:

- Bond cannot issue without a supporting affidavit (G.S. 1-440.12)
- Judge must make findings of fact (G.S. 1-440.36)
- Notice must be provided (G.S. 1-440.33)
- Bond amount must be reasonable and not punitive (G.S. 1-440.10)
- Duplicate attachment on same matter is unlawful
- Bond obtained under duress is void

Therefore:

All three bonds are statutorily void and must be discharged and removed.

ᗰ15

# III. EXECUTIVE ORDER OF THE NAZARITE BUSHMEN TRIBE

By the authority vested in me as Executive Prime Minister, I hereby issue the following internal Tribal Executive Order:

A. The Tribe recognizes ALL bonds issued against the Trustee as unlawful, void, and without effect.

B. The Tribe recognizes the 2023 dismissal as full and final.

C. The Tribe declares the 2025 re-arrest, bonding, and detention as unlawful violations of NC creditor–debtor statutes.

D. The Tribe demands full restoration, restitution, and correction of record for the Trustee and Estate.

E. The Same Sum of Currency and Equity that was Stolen Shall be multiplied And returned in full to the Occupant of the Executour office of the NAZARITE BUSHMEN TRIBE ESTATE. PAYABLE TO THE DEFENDANT WILLIAM THOMAS FRAZIER ESTATE

7-15

# IV. DEMAND FOR ADMINISTRATIVE AND JUDICIAL ACTION

I hereby demand the following:

1. Immediate discharge of the $75,000 bond

2. Removal of all attachment liens or bond records

3. Restoration of all rights of the Trustee

4. Restitution for:

   ○ 80 days of unlawful detention

   ○ $50,000 bond paid in 2023

   ○ $75,000 forced bond (ransom) in 2025

   ○ $50,000 contract loss

   ○ $10,000 rental arrears

   ○ Value of sacred tribal ground lost

5. Formal recognition that all three bonds are statutorily void

8 -)5

# V. AFFIRMATION

I affirm that all statements herein are true and accurate to the best of my direct knowledge and firsthand experience.

**Prime Minister Malach Lawbiy**

**Executive Head – Nazarite Bushmen Tribe**

**Administrator for: WILLIAM THOMAS FRAZIER ESTATE**

Date: 11/26/2025

Signature: Prime Minister Malach Lawbiy

**REGARDING UNLAWFUL BONDING, CREDITOR–DEBTOR VIOLATIONS, FALSE DETENTION, AND IMPROPER ATTACHMENT PROCEEDINGS**

STATE OF NORTH CAROLINA – COUNTY OF MECKLENBURG

Estate: **WILLIAM THOMAS FRAZIER ESTATE**

Trustee / Real Party of Interest: **William Thomas Frazier**

Executive Authority: Prime **Minister Malach Lawbiy**

## I. EXECUTIVE DECLARATION OF AUTHORITY

I, **Prime Minister Malach Lawbiy**, Executive Head of the **Nazarite Bushmen Tribe**, acting in my full administrative and executive capacity on behalf of the **WILLIAM THOMAS FRAZIER ESTATE**, and recognizing the **living soul man** known as **William Thomas Frazier** as the Trustee and real party of interest, issue this Executive Affidavit and Order.

9-15

This document is filed pursuant to:

- **NC Creditor–Debtor Law (Chapter 1, Article 35 — Attachments)**

- **G.S. 1-440.10** (Bond requirements for attachment)

- **G.S. 1-440.12** (Grounds and affidavit required before attachment)

- **G.S. 1-440.33** (Notice required)

- **G.S. 1-440.36** (Judicial findings required before attachment)

- **G.S. 1-440.39** (Discharge of attachment by bond)

- **G.S. 1-75.10 & 1A-1 Rule 4** (Due process—service and notice required)

- **NC Creditor–Debtor procedures prohibiting excessive or coercive bonding**

These statutes were violated in multiple ways, resulting in severe injury to the Trustee, the Estate, and the Tribe.

# II. STATEMENT OF FACTS

## 1. Trustee Detained for 80 Days Without Remedy

The living man **William Thomas Frazier**, Trustee of the **WILLIAM THOMAS FRAZIER ESTATE**, was held for **80 days** without any lawful remedy, administrative relief, or due process protections.

This violates:

- **G.S. 1-75.10 (Due process requirement)**

- **NC Constitution, Art. I, Sec. 19 (Law of the Land Clause)**

10-15

## 2. $50,000 Bond Paid in 2023

In 2023, a **$50,000 bond** was demanded and paid under threat of continued confinement. The charge was later **dismissed**, concluding the matter in full.

No return of trust property or restitution was ever issued.

Under:

- **G.S. 1-440.10**

- **G.S. 1-440.36**

...the bond obligation ended upon dismissal.

## 3. Case Reopened Without Notice or Service

In 2025, the same matter was **unlawfully reopened** without:

- Notice

- Service

- Hearing

- Motion to reopen

- Required affidavit

- Opportunity for the Trustee to appear

This violates:

- **G.S. 1A-1 Rule 4 (Service required)**

- **G.S. 1-75.10 (Notice of action)**

- **G.S. 1-440.12 (Affidavit prerequisite before attachment)**

- **G.S. 1-440.36 (Judicial findings required)**

*11-/5*

Because these requirements were ignored, the reopening is **void**.

## 4. Forced $75,000 "Ransom Bond" in 2025

In 2025, the Trustee was again detained on the same matter and was **forced under duress** to pay a **$75,000 bond**, functioning as a **ransom**, not a lawful bond.

Under NC law:

- A bond obtained under **duress, coercion, or unlawful detention is void**

- Attachment cannot reissue on a matter previously dismissed without new findings under **G.S. 1-440.33 & 1-440.36**

## 5. Tribal Sacred Ground Sold Because of False Detention

Due to the false detention caused by unlawful creditor-debtor bonding practices:

- Sacred tribal ground belonging to the **Nazarite Bushmen Tribe** was **sold off**, causing severe cultural and economic injury.

- The Tribe is now forced to buy back its own land.

## 6. Trustee Lost $50,000 Contract in Boonville, NC

Because of the false arrest and detention, the Trustee lost:

- A **$50,000 home improvement job**

- Located in **Boonville, North Carolina**

This constitutes direct economic harm.

12-15

## 7. Trustee Became $10,000 Behind in Rent

The false detention caused the Trustee to fall:

- **$10,000 behind in rent**, creating additional hardship and displacement risk.

## 8. NC Creditor–Debtor Laws Were Violated in Every Bond

Each bond violated the following requirements:

- Bond cannot issue without a supporting affidavit (G.S. 1-440.12)

- Judge must make findings of fact (G.S. 1-440.36)

- Notice must be provided (G.S. 1-440.33)

- Bond amount must be reasonable and not punitive (G.S. 1-440.10)

- Duplicate attachment on same matter is unlawful

- Bond obtained under duress is void

Therefore:

**All three bonds are statutorily void and must be discharged and removed.**

13-15

# III. EXECUTIVE ORDER OF THE NAZARITE BUSHMEN TRIBE

By the authority vested in me as **Executive Prime Minister**, I hereby issue the following internal Tribal Executive Order:

**A. The Tribe recognizes ALL bonds issued against the Trustee as unlawful, void, and without effect.**

**B. The Tribe recognizes the 2023 dismissal as full and final.**

**C. The Tribe declares the 2025 re-arrest, bonding, and detention as unlawful violations of NC creditor–debtor statutes.**

**D. The Tribe demands full restoration, restitution, and correction of record for the Trustee and Estate.**

# IV. DEMAND FOR ADMINISTRATIVE AND JUDICIAL ACTION

I hereby demand the following:

1. Immediate discharge of the $75,000 bond

2. Removal of all attachment liens or bond records

3. Restoration of all rights of the Trustee

4. Restitution for:

14-15

- 80 days of unlawful detention

- $50,000 bond paid in 2023

- $75,000 forced bond (ransom) in 2025

- $50,000 contract loss

- $10,000 rental arrears

- Value of sacred tribal ground lost

5. **Formal recognition that all three bonds are statutorily void**

# V. AFFIRMATION

I affirm that all statements herein are true and accurate to the best of my direct knowledge and firsthand experience.

**Prime Minister Malach Lawbiy**

Executive Head – Nazarite Bushmen Tribe

Administrator for: **WILLIAM THOMAS FRAZIER ESTATE**

Date: 11/26/2025

Signature: *Prime Minister Malach Lawbiy*

15 of 15




# AFFIDAVIT OF DISMISSAL

AND DEMAND FOR DAMAGES
FOR UNLAWFUL DETENTION**

## **STATE OF NORTH CAROLINA

### COUNTY OF MECKLENBURG
### SUPERIOR COURT**

Nazarite Bushmen Tribe Estate
By. William Thomas Frazier,
Prime Minister & Occupant of the Executor Office
Plaintiff

v.

STATE OF NORTH CAROLINA / County of Mecklenburg
Defendant

FILED
DATE: November 26, 2025
TIME: 2:09:16 PM
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT
BY: J. Wright

# AFFIDAVIT OF DISMISSAL

I, William Thomas Frazier, acting in my official capacity as **Prime Minister and Occupant of the Executor Office of the Nazarite Bushmen Tribe Estate**, being of sound mind and competent capacity, hereby **affirm** the following:

1. That at no time have I been a criminal defendant in any lawful proceeding.

2. That I appeared only as a **Defender of the Faith in Yahweh** and as the administrative head of the Nazarite Bushmen Tribe Estate.

3. That the **State of North Carolina and Mecklenburg County**, being government instrumentalities, **cannot lawfully be both a party to and administrator of any proceeding** simultaneously.

4. That I was **procedurally barred** from attending a required **Probable Cause Hearing**, in violation of **N.C. G.S. 15A-606 and 15A-608**, which mandate the right to be present and heard.

5. That **no indictment** from a duly convened Grand Jury was ever presented or served.

6. That the prior case against me had been **dismissed**, and was **reopened without notice**, in violation of due process and mandatory notice requirements.

7. That after improper reopening, agents acting under the Defendants' authority **arrested me without lawful cause**.

8. I was then **detained for approximately 80 days** without probable cause, without indictment, and without proper judicial proceedings.

9. That this detention occurred **without any just compensation, remedy, or lawful justification.**

10. That all statements herein are true and correct to the best of my knowledge and experience, and I affirm the foregoing.

2-5

# EXECUTOR

# COMPLAINT FOR DAMAGES

Plaintiff, **Nazarite Bushmen Tribe Estate**, appearing through its Prime Minister and Executor, states the following complaint against Defendants **State of North Carolina** and **Mecklenburg County**:

## I. JURISDICTION

1. This Court has jurisdiction over civil claims for damages arising from unlawful arrest, unlawful confinement, violation of procedural rights, and violation of North Carolina criminal procedure statutes.

2. Venue is proper in **Mecklenburg County** where the events occurred.

## II. PARTIES

3. Plaintiff: **Nazarite Bushmen Tribe Estate**, represented by its Prime Minister and Executor, **William Thomas Frazier**.

4. Defendants:

   a. **State of North Carolina**, a governmental entity.

   **County of Mecklenburg**, its agents, officers, employees, and contractors.

3~5

## III. FACTUAL STATEMENT

5.  Plaintiff incorporates the Affidavit above as if fully restated.

6.  Plaintiff was entitled to notice and presence at any Probable Cause Hearing, pursuant to N.C. G.S. 15A-606 and 15A-608.

7.  The plaintiff was barred from such a hearing.

8.  No Grand Jury indictment was issued.

9.  Plaintiff's prior case had been dismissed, yet was reopened without any legal notice.

10. The plaintiff was subsequently arrested unlawfully.

11. Plaintiff was detained for 80 days, without probable cause, indictment, or lawful due process.

12. Defendants' actions were negligent, reckless, unconstitutional, and violated statutory and procedural protections.

# CAUSES OF ACTION

## Count 1 — Unlawful Detention / False Imprisonment

13. The plaintiff was confined without legal justification.

## Count 2 — Violation of Procedural Due Process

14. Plaintiff was denied notice and the right to be present at required hearings.

## Count 3 — Negligence and Failure to Follow Statutory Procedure

15. Defendants failed to follow N.C. G.S. 15A-606 and 15A-608.

4-5

### Count 4 — Emotional Distress and Damages

16. Plaintiff suffered hardship, loss of liberty, and damage to standing

# DEMAND FOR RELIEF

Plaintiff requests:

1. Formal **dismissal** of all proceedings previously or currently attempted

2. **Compensatory damages** in an amount to be determined at trial.

3. **Punitive damages** for reckless disregard of procedural safeguards.

4. **Declaratory relief** stating the detention was unlawful.

5. Any further relief the Court deems just.

# AFFIRMATION

I affirm that all statements contained in this Complaint are true and correct to the best of my knowledge.

**William Thomas Frazier**
Prime Minister & Executor
Nazarite Bushmen Tribe Estate

Date: 11/26/2025

5-5

EX M 3 Attached

 

# AFFIDAVIT OF FACT

REGARDING FEDERAL SPEEDY TRIAL RIGHTS
OF PRIME MINISTER MALACH LAWBIY
OF THE NAZARITE BUSHMEN TRIBE**

I, **Malach Lawbiy**, Prime Minister of the Nazarite Bushmen Tribe, acting as a Divine Living Soul and Executor over my Tribal and personal estate, competent in mind and body to state the following based on direct knowledge, hereby affirm and declare the following facts:

## 1. Capacity and Authority

1. I am the Prime Minister of the Nazarite Bushmen Tribe and act with full Tribal authority over my affairs, rights, protections, and legal standing.

2. I make this Affidavit in both my official and private capacity, and all statements herein are true and based on personal knowledge and established federal law.

FILED
DATE: November 26, 2025
TIME: 2:11:06 PM
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT
BY: J. Wright

## 2. Constitutional Right to a Speedy Trial

3. The Sixth Amendment guarantees that "in all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial."

4. This protection guards individuals from unreasonable, prejudicial, or unjustified delay by the government.

5. In **Barker v. Wingo, 407 U.S. 514 (1972)**, the U.S. Supreme Court established the following four-factor test for determining a constitutional speedy-trial violation:
   a. Length of delay
   b. Reason for delay
   c. Assertion of the right
   d. Prejudice resulting from the delay

6. These constitutional protections exist independently of federal statutes and apply to all criminal prosecutions in federal jurisdiction.

## 3. Federal Speedy Trial Act Requirements

7. The Speedy Trial Act of 1974, codified at **18 U.S.C. §§ 3161–3174,** mandates specific time limits for federal criminal proceedings.

8. Under **18 U.S.C. § 3161(b),** an indictment or information must be filed within **30 days** of arrest or service of summons.

9. Under **18 U.S.C. § 3161(c)(1)**, a trial must commence within **70 days** of the later of:
   a. The filing of the indictment or information, or
   b. The defendant's first appearance before a judicial officer.

10. Under **18 U.S.C. § 3161(c)(2)**, a trial may not begin less than **30 days** after the defendant's initial appearance, unless the defendant consents to an earlier date.

11. If these statutory time limits are violated, dismissal of the indictment is required under **18 U.S.C. § 3162**, either with or without prejudice depending on the circumstances.

## 4. Excludable Delay and Attribution

12. In **Vermont v. Brillon, 556 U.S. 81 (2009)**, the Supreme Court held that delays caused by assigned counsel, including public defenders, are ordinarily attributed to the defendant unless the State is responsible for the delay.

13. Delays caused by the prosecution, courts, or government negligence are weighed heavily against the United States under both the Constitution and the Speedy Trial Act.

## 5. Effect of Delay After Conviction

14. In **Betterman v. Montana, 578 U.S. 437 (2016)**, the Supreme Court held that the Sixth Amendment speedy-trial right does **not** apply to delays after conviction, such as sentencing delays.
    Therefore, the right applies from accusation through trial.

## 6. Declaration of Facts Regarding Delay

15. I affirm that any delay beyond the statutory limits of the Speedy Trial Act constitutes a violation of federal law.

16. Any delay deemed unreasonable under **Barker v. Wingo** also constitutes a violation of my constitutional rights.

17. As Prime Minister and a Divine Living Soul, I do not waive my speedy trial rights and I assert them fully.

18. Any detention, restraint, or proceeding conducted in violation of these rights constitutes unlawful delay and prejudice against me.

## 7. Demand for Enforcement

19. I demand immediate recognition, application, and enforcement of all constitutional and statutory protections relating to the right to a speedy trial.

20. All rights are reserved in full under federal law, Tribal authority, and natural standing.

## AFFIRMATION

I hereby affirm that the statements contained in this Affidavit are true, correct, and complete to the best of my knowledge, understanding, and ability, and are made in honor, integrity, and truth.

Executed this _9_ day of _November_, 20.25

**Prime Minister Malach Lawbiy**
Nazarite Bushmen Tribe
Divine Living Soul & Executor